[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**UNITED STATES DISTRICT COURT**

~~WESTERN DISTRICT COURT~~

WESTERN DISTRICT COURT
WACO, TEXAS



**FILED**

MAR 2 9 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

Lloyd London
Erica Aldama

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

PREDECESS (S) AND SUCCESOR (S)
ANY: CITY, COUNTY, STATE,
FEDERAL: ALL 50 STATE(S) OF
• AMERICA, Including Named PERSON(S):
KEN PAXTON ATTY GENERAL
MAGISTRATE BERRY

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: W18CA110
(To be supplied by the Clerk of this Court)

"ET. AL"

SEE ATTACHMENT (A) ADDITIONAL defendant(s):
1 - 7 PAGE(S)
TOTALING (40) A-2. 2-1 — 2-13

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code** (federal defendants)

____  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# ATTACHMENT (A)

TITLE 42 SECTION 1983 WreWITH

## Additional DEFENDANT(S):

C. BRYAN COLLIER DIRECTOR, DEPARTMENT OF CORRECTIONS TX.

d STEPHEN GOODRICH dl. GOVENER GREG ABBOTT

E. THOMAS HARRIS (CHIEF OF police)

F. DAVID GREENE, (CUSTODIAN, SHERIFF OF milam county)

G. KAREN BERRY, CLERK 20TH Judicial DISTRICT milam cty, CAMERON TX

H. JOHN W. YOUNG Blood

I. GRAND JURY "ET. AL."

J. mildred DOVE, FOREMAN OF GRAND JURY 8/017/2017 11 Am ET. AL

K. QUALITY/COMFORT INN, PATEL OWNERS 3 BROTHER(S)
Address:     C/O QUALITY/COMFORT
1. _____     INN 701 OR 702
2. _____     WEST HWY, 79
3. _____     ROCKDALE, TEXAS 76567

(1 OF 7)

# CONTINUATION   ATTACHMENT (A)

TITLE 42 SECTION 1983 WACO, TX

## Additional DEFENDANT (S):

L.  W-17-CA-247-RP

M.  DAVE MELTON

N.  TINA WRIGHT

O.  JUANITA CHAMPION

P.  SGT. GOODRICH

Q  EXPERT WITNESS (S):
    1. STOCKHOLM SNYDROME

    2. MARITAL EXPERT

    3. AUDIO/VIDEO EXPERT

(2 OF 7)



CONTINUATION ATTACHMENT (A)

TITLE 42 SECTION 1983 WACO, TX

Additional Defendant(s):

Q) CONTINUATION:

3.

4. NARCOLEPSY

R. FEDERAL DISTRICT COURT TO APPOINT A (SPECIAL MONITOR) TO SELECT A JURY POOL THAT IS NOT TAINTED BY DISTRICT ATTORNEY ETC.

EXPERT

S. EXPERT:

1. BUREAU OF NATIONAL VITAL STATISTICS ARCHIVE(S) TO TESTIFY IN REGARDS OF FAMILY BIBLE: RECORD(S) OF:
A. BIRTHS    B. DEATH(S)    C. MARRIAGE(S)    d BATISMAL(S)

E. VERBAL AGREMENT(S) WRITTEN DOWN AT A LATTER DATE OVER THE PAST (217) TWO HUNDRED AND SEVENTEEN YEAR(S) ARE THESE VALID RECORD(S) OF: DEATH, BIRTH(S) MARRIAGE(S), BATISMOL RECORD(S) ?

(3 OF 7)

# CONTINUATION ATTACHMENT (A)

### TITLE 42 SECTION 1983 WACO, TX

## Additional DEFENDANT(S):

T. TYLER PENNINGTON, (PUBLIC DEFENDER)
PAID FOR BY COUNTY TAXE(S)
CR 25,667, CR25,668

U. CRIMINAL JUSTICE ACT OF 1964: TITLE 18. U.S.C.A.
V. Lloyd London(s) RIGHT TO DEFEND HIMSELF

V. CAPTAIN BLANKEMEIR #2130 PREVIOUS #2132
C/o MILAM COUNTY JAIL CAMERON TEXAS

W. ANGELA RALSTON CSR 6106 SUITE 4 102 S. FANNIN CAMERON, TX

Judy KOPKIVA        COURT COORDINATOR
SUITE 4  102 SOUTH FANNIN CAMERON, TEXAS 76520

X. MISTY KIRK, DEPUTY CLERK — SUITE 5  102 S. FANNIN
CAMERON TEXAS 76520

( 4 OF 7 )

# CONTINUATION ATTACHMENT (A)

### TITLE 42 SECTION 1983 WACO, TX

## Additional DEFENdANT(S):

4. COMFORT/QUALITY INN 702 W. Hwy 79, ROCKdALE, TX
   ALL STAFF:

2. ROCKdALE POLICE DEPARTMENT ALL OFFICER(S)
   ALL STAFF

2.1. W-17-CA-247-RP AND ALL NAMEd DEFENdANT(S):

2.2. SUBPOENA DUCES TECUM: (52) FIFTY TWO
     DOCUMENT(S) AND WITNESS (S)

2.3. LENNY _____ (MAY BE ONE MANY ALIASE(S))

(5 OF 7)

# CONTINUATION ATTACHMENT (A)

### TITLE 42 SECTION 1983 WACO, TX

**Additional Defendant (s):**

2.4. WALMART STORE (ROCKDALE, TEXAS)
1. OFFICER(S):
2. STAFF:
3. EMPLOYEE(S)        4. ASSOCIATE(S)  ETC.

2.5. ALL DEFENDANT(S):
THEFT OF ANY FUTURE BOOK(S) OR DOCUMENT(S) OR
LEGAL MATERIAL INBOUND OR OUTBOUND OR
AFTER RECEIPT THEREOF, ETC.

2.6. JAIL HOUSE INFORMANT(S) NAMED OR UNNAMED CURRENTLY
OR IN THE FUTURE! ETC.

2.7. SMART PHONE(S) (ERICA ALDAMA(S)) ANY AND ALL IN
THE YEAR OF 2017 CURRENTLY ETC.

2.8. EXPERT(S) (SMART PHONE(S)) TO DECODE, PULL UP PHOTO(S)
OF ERICA ALDAMA AND LLOID LONDON TAKEN BY ERICA
ALDAMA IN JULY 2017 ON BENCH IN FRONT OF COMFORT/
QUALITY INN 701 OR 702 W. HWY. 79 ROCKDALE, TX

(6 OF 7)

# CONTINUATION ATTACHMENT (A)

### TITLE 42 SECTION 1983 WACO, TX

## Additional Defendant(S):

**2.9.** BIBLE, (FAMILY), BELONGS TO ERICA ALDAMA
And LLOYD LONDON

**2.10.** TRISHA STOJANIK, DEPUTY CLERK 20TH DISTRICT MILAM
COUNTY 102 S. FANNIN SUITE 5 CAMERON TEXAS 76520

**2-11.** DEPUTY FERGUSON #2135 OFFICER(S) RETURN
8/23/2017 8:24 A.M. CR25,667 And CR25,668

**2-12.** DEPUTY BLANKEMEIR #2132/2130 OFFICER(S) 10/02/
2017 OFFICER(S) RETURN CV,38,369
NOTICE OF APPLICATION OF PROTECTIVE ORDER DEPUTY CLERK, TRISA STOJANIK

**2.13.** INVESTIGATIVE AND ADMINISTRATIVE ACT(S) BY PHONE,
FAX, E.MAIL, PAPER DOCUMENT(S) OR VERBAL SINCE ON
OR ABOUT 2015 MONTH OF AUGUST IN REGARD(S) LLOYD
LONDON WHICH MAY HAVE LED UP TO THE ARREST ON
OR ABOUT AUGUST 01, 2017 And INDICTMENT ON AUGUST 17,
2017 AT OR ABOUT 11:00 A.M. BRIAN PRICE BAR NO.
24095940 ___ W.W. TORREY OR ANY PREVIOUS SUCCESSOR
OR ANY FUTURE SUCCESSOR OR CURRENT ASSISTANT OR ASSOCIATE
SPECIAL COUNSEL OR ADVISOR ETC.

(7 OF 7)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name:  _Lloyd London & ERICA Aldama_

B.  List all aliases:  _NONE 0_

C.  Prisoner identification number:  _Lloyd 31107 / ERICA (NONE)_

D.  Place of present confinement:  _Milam County JAIL_

E.  Address:  _512 N. JEFFERSON  CAMERON, TEXAS 76520_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)  _SEE ~~ADDITIONAL~~ (B) FOR ADDITIONAL PLAINTIFF ATTACHMENT (B) PLAINTF_

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant:  _KEN PAXTON, (ATTORNEY GENERAL_

   Title:  _ATTORNEY GENERAL_

   Place of Employment:  _STATE OF TEXAS  TEXAS_

B.  Defendant:  _MAGISTRATE ~~WITH~~ BERRY_

   Title:  _MAGISTRATE_

   Place of Employment:  _Milam COUNTY, STATE OF TEXAS_

C.  Defendant:  _BRYAN COLLIER_

   Title:  _DIRECTOR DEPARTMENT OF CORRECTIONS_

   Place of Employment:  _STATE OF TEXAS_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)  _SEE ATTACHMENT C._
_PAGE(S): I. II. III. IV. V. VI. VII. VIII._
_TOTAL 8 PAGE(S)_

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ATTACHMENT (B.)   FOR Additional PLAINTIFF:

# I. PLAINTIFF(S):

A. NAME:

ERICA ALDAMA

B. LIST ALL ALIASES:

~~O~~ NONE

C. PRISONER Identification NUMBER:

~~O~~ NONE

D. PLACE OF PRESENT CONFINEMENT:

~~O~~ NONE

E. Address:    APT. #10
306 CALHOUN
ROCKDALE, TEXAS  76567

ATTACHMENT (C.) PAGE I. ✓

## II. DEFENDANT(S):

**d. DEFENDANT:** SGT. STEPHEN GOODRICH

**d1. GREG ABBOTT**
GOVENER, STATE OF TEXAS
GOVENERS MANSION AUSTIN TX
OFFICE OF THE GOVENER
P.O. BOX 12428
AUSTIN, TEXAS 78711

TITLE: PROMOTED TO! LT. SINCE AUGUST 01, 2017
SGT. OF ROCKDALE POLICE DEPARTMENT
WEST CAMERON        76567
PLACE OF EMPLOYMENT
CITY OF ROCKDALE TX POLICE DEPARTMENT

**E. DEFENDANT:** THOMAS HARRIS

TITLE: CHIEF OF POLICE
WEST CAMERON        76567
PLACE OF EMPLOYMENT:
ROCKDALE POLICE DEPARTMENT (TEXAS)

**F. DEFENDANT:** DAVID GREENE SHERIFF

TITLE: CUSTODIAN OF COUNTY JAIL
512 JEFFERSON, CAMERON, TX 76520
PLACE OF EMPLOYMENT:
C/O MILAM COUNTY JAIL, CAMERON, TEXAS

**G. DEFENDANT:** KAREN BERRY

TITLE: CLERK OF 20TH DISTRICT COURT
SUITE 5  102 S. FANNIN
PLACE OF EMPLOYMENT:
MILAM CTY COURTHOUSE CAMERON, TEXAS 76520

(1 OF 8)

ATTACHMENT (C) PAGE II

CONTINUATION II. DEFENDANT(S):
TITLE 42 SECTION 1983 WACO, TEXAS

II. DEFENDANT(S):

H. DEFENDANT(S): JOHN W. YOUNGBLOOD

TITLE: JUDGE 20TH JUDICIAL DISTRICT

PLACE OF EMPLOYMENT: MILAM COUNTY-COURTHOUSE
102 S. FANNIN SUITE 1
CAMERON, TEXAS 76520

I. DEFENDANT(S): GRAND JURY "ET. AL"

TITLE: MILDRED DOVE (FOREMAN OF GRAND JURY) "ET. AL"

PLACE OF EMPLOYMENT: COUNTY (MILAM) SUITES 2, 4 "COURT ROOM.
102 S. FANNIN AND 5
CAMERON, TEXAS 76520

J. DEFENDANT(S): MILDRED DOVE, "ET. AL"

TITLE: FOREMAN OF GRAND JURY
ON AUGUST 17, 2017 11:00 A.M.

PLACE OF EMPLOYMENT: COUNTY (MILAM) SUITE: 4 AND 5,
102 S. FANNIN AND COURTROOM.
CAMERON, TEXAS

K. DEFENDANT(S): QUALITY/COMFORT INN OWNER(S)
BROTHER(S) @ THREE: 1.
2.                    3.

TITLE: OWNER(S) PATEL IS THE MANAGER: 1.
2.              3.       TINA WRIGH, (ASSISTANT MANAGER)

C/O: PLACE OF EMPLOYMENT: PATEL INC: (1) ONE LOCATION IS:
701, OR 702 W. HWY, 79 ROCKDALE, TEXAS

( 2 OF 8 )

```
┌─────────────────────────────────────────┐
│  ATTACHMENT (C)    PAGE III              │
└─────────────────────────────────────────┘
```

TITLE 42 SECTION 1983 WACO TEXAS

# CONTINUATION II. DEFENDANT(S):

## II. DEFENDANT(S):

**L.** DEFENDANT: W-17-CA-247-RP

TITLE: TITLE 42 SECTION 1983

PLACE OF EMPLOYMENT: FEDERAL DISTRICT COURT
800 FRANKLIN AVE, ROOM 880
WACO, TEXAS 76701

**M.** DEFENDANT: DAVE MELTON

AS OF FEB. 22, ROCKDALE, TEXAS 76567 ( ROCKDALE, EARTH DAY, APRIL 16, 2018
TITLE: AS OF FEB. 22, 2018 THURSDAY → DAVE MELTON COORDINATOR 512-269-6425
LAST KNOWN EMPLOYER COMFORT/QUALITY INN
702 WEST HWY. 79
PLACE OF EMPLOYMENT: ROCKDALE, TEXAS 76567

**N.** DEFENDANT: TINA WRIGHT, (ASSISTANT MANAGER COMFORT/QUALITY
COMFORT/QUALITY INN
TINA WRIGHT CLAIMS TO BE THE MANAGER, HOWEVER; A PLACK ON THE
WALL AT FRONT DESK IN (BRASS) ATTACHED TO THE WALL CLEARLY STATES
TITLE: THAT (PATEL) IS THE MANAGER; WHICH MEANS; TINA WRIGHT IS ASSISTANT MGR.
COMFORT/QUALITY INN
702 WEST HWY, 79
PLACE OF EMPLOYMENT: ROCKDALE, TEXAS 76567

**O.** DEFENDANT: JUANITA CHAMPION

TITLE: PAROLE OFFICER

PLACE OF EMPLOYMENT: DISTRICT PAROL OFFICE
3606 PROFIT PLACE
TEMPLE, TEXAS 76502

**P.** DEFENDANT: STEPHEN GOODRICH

TITLE: SGT STEPHEN GOODRICH

PLACE OF EMPLOYMENT: ROCKDALE POLICE DEPARTMENT
WEST CAMERON
ROCKDALE, TEXAS 76567

(3 OF 8)

ATTACHMENT (C)   PAGE IV

TITLE 42 SECTION 1983 WACO, TEXAS

## CONTINUATION II. DEFENDANT(S):

II. DEFENDANT(S): _____

Q. DEFENDANT: _____ EXPERT WITNESS
   1. STOCKHOLM SYNDROME  2. MARITAL EXPERT
   TITLE: 3. AUDIO / VIDEO EXPERT 4. NARCOLEPSY
   BUREAU OF NATIONAL VITAL STATISTIC ARCHIVE(S)
   PLACE OF EMPLOYMENT: _____ AUSTIN TEXAS

R. DEFENDANT: (SPECIAL MONITOR) FOR SELECTION OF JURY POOL
   SO DISTRICT ATTORNEY CANNOT STACK THE DECK (GRAND/JURY
   TITLE: POOL) C/O UNITED STATES DISTRICT COURT
   800 FRANKLIN ROOM 380
   PLACE OF EMPLOYMENT: WACO TEXAS 76701

   DEFENDANT: EXPERT
   BUREAU OF NATIONAL VITAL STATISTICS ARCHIVE(S)
S. TITLE: TO TESTIFY IN REGARDS OF FAMILY BIBLE: RECORDS OF:
   A. BIRTH(S)  B. DEATH(S) C. MARRIAGE(S)
   PLACE OF EMPLOYMENT: d. BATIS, MAIL, B)   AUSTIN, TEXAS

T. DEFENDANT: TYLER PENNINGTON
   ATTORNEY AT LAW
   106 S. HARRIS SUITE 125-6
   ROUND ROCK, TX 78664
   TITLE: PUBLIC DEFENDER
   COUNTY OF MILAM — PAID WITH COUNTY
   PLACE OF EMPLOYMENT: TAX MONEY THAT IS PAID TO STATE COMPTROLLER
   GLEN HEGAR HE THEN SEND BACK TO AGENCIE(S).

U. DEFENDANT: CRIMINAL JUSTICE ACT OF 1964:
   TITLE: _____ TITLE 18. U.S.C.A.
   COUNTY COURTS OF AMERICA
   PLACE OF EMPLOYMENT: _____

V. DEFENDANT: CAPTAIN BLANKEMEIR #2130 / #2132

   TITLE: _____ CAPTAIN
   PLACE OF EMPLOYMENT: MILAM COUNTY JAIL 512 N. JEFFERSON
   CAMERON, TEXAS 76520                                    83

( 4 OF 8 )

ATTACHMENT (C)   PAGE V

TITLE 42 SECTION 1983 WACO, TEXAS

## CONTINUATION II, DEFENDANT(S):

II. DEFENDANT(S):

W DEFENDANT: ANGELA RALSTON C.S.R 6106

TITLE: CERTIFIED SHORTHAND REPORTER

PLACE OF EMPLOYMENT: COUNTY OF MILAM SUITE 4 102S, FANNIN CAMERON, TEXAS 76520

X. DEFENDANT: MISTY KIRK

TITLE: DEPUTY CLERK 20TH JUDICIAL DISTRICT

PLACE OF EMPLOYMENT: 102 S. FANNIN SUITE 5 COUNT OF MILAM CAMERON, TEXAS 76520 PAID WITH TAXES DEFENDANT(A)

Y. DEFENDANT: Comfort/Quality (STAFF, ALL)

TITLE: EMPLOYEES OF (3) THREE PATEL BROTHER(S)

PLACE OF EMPLOYMENT: 702 WEST HIGHWAY 79 ROCKDALE, TEXAS 76567

Z. DEFENDANT: ROCKDALE POLICE DEPARTMENT (ALL STAFF)

TITLE: PAID WITH COUNTY TAXES WHICH ARE PAID TO STATE COMPTROLLER GLEN HEGAR — WHO THEN GIVE BACK TO VARIOUS AGENCIE IN ABOUT ALL LOCAL COUNTIES, CITY TAXES OF ROCKDALE TX.

PLACE OF EMPLOYMENT: ROCKDALE POLICE DEPARTMENT — W. CAMERON ST. ROCKDALE, TEXAS 76567

Z.1. DEFENDANT: W-17-CA-247-RP (ALL NAMED DEFENDANT(S))

TITLE: TITLE 42, SECTION 1983

PLACE OF EMPLOYMENT: UNITED STATES DISTRICT COURT 800 FRANKLIN ROOM 380 WACO, TEXAS 76701

Z.2. DEFENDANT: SUBPOENA DUCE(S) TECUM (52) FIFTY TWO

TITLE: DOCUMENT(S) AND WITNESS(S)

PLACE OF EMPLOYMENT: UNITED STATES DISTRICT COURT 800 FRANKLIN ROOM 380 WACO, TEXAS 76701 TITLE 42, SECTION 1983

(5 OF 8)

## ATTACHMENT (C.) PAGE VI

TITLE 42 SECTION 1983 WACO, TEXAS

# CONTINUATION II. DEFENDANT(S):

## II. DEFENDANTS:

**2.3 DEFENDANT:** ( LENNY ) MAY BE ONE OF ALIASE(S)

TITLE: C/O ERICA ALDAMA - 306 APT # 10 CALHOUN STREET ROCKDALE, TEXAS 76567

PLACE OF EMPLOYMENT: ROCKDALE POLICE DEPARTMENT ( STREET FILE
WEST CAMERON ST
ROCKDALE, TEXAS 76567 ( POLICE FILE

**2.4. DEFENDANT:** WALMART STORE ( ROCKDALE, TEXAS
1. OFFICER(S)    2. STAFF:    3. EMPLOYEE(S)
TITLE: 4. ASSOCIATE(S) ETC.

PLACE EMPLOYMENT: WALMART (SHOPPING) CENTER
709 WEST HIGHWAY 79
ROCKDALE, TEXAS 76567

**2.5. DEFENDANT:** ALL DEFENDANT(S): THEFT OF ANY FUTURE
BOOK(S) OR DOCUMENT(S) OR LEGAL MATERIAL INBOUND
TITLE: OR OUT BOUND OR AFTER, RECEIPT THEREOF, ETC.

PLACE OF EMPLOYMENT: UNITED STATES DISTRICT COURT W- 17-CA-247-RP.
800 FRANKLIN Room 380
WACO, TEXAS 76701 (TITLE 42, SECTION 1983

**2.6. DEFENDANT:** JAIL HOUSE INFORMANT(S) (NAMED OR UNNAMED
OR UNNAMED CURRENTLY OR IN THE FUTURE; ETC.
TITLE: _____

PLACE OF EMPLOYMENT: UNITED STATES DISTRICT COURT
800 FRANKLIN ROOM 380
WACO, TEXAS 76701 (TITLE 42, SECTION 1983.

**2.7. DEFENDANT:** SMART PHONE (ERICA ALDAMA(S), ANY
TITLE: And ALL IN THE YEAR OF 2017 (CURRENTLY) ETC.

PLACE OF EMPLOYMENT: APT #10 306 CALHOUN STREET
ROCKDALE, TEXAS 76567

**2.8. DEFENDANT:** EXPERT(S) (SMART PHONE(S)) TO decode, PULL
TITLE: PHOTO(S) OF ERICA ALDAMA And LLOYD LONDON TAKEN BY ERICA ALDAMA
IN JULY 2017 ON BENCH IN FRONT OF COMFORT/QUALITY INN 701 OR 702

PLACE OF EMPLOYMENT: WEST HIGHWAY 79 ROCKDALE, TX    ERICA ALDAMA    COMFORT/QUALITY INN
APT #10    701 W. HWY 79
306 CALHOUN    ERICA ALDAMA
ROCKDALE, TEXAS 76567    ROCKDALE, TX.

( 6 OF 8 )

ATTACHMENT (C) PAGE VII
CONTINUATION II. DEFENDANT(S):



TITLE 42 SECTION 1983 WACO, TEXAS

II. DEFENDANT(S):

Z.9. DEFENDANT:
BIBLE, (FAMILY), BELONGS TO ERICA ALDAMA
TITLE: And Lloyd London

PLACE OF EMPLOYMENT: ERICA ALDAMA    ERICA ALDAMA
COMFORT/QUALITY INN    APT#10    COMFORT/QUALITY INN
512-446-3600    306 CALHOUN    702 W. HWY. 79
512-409-0594    ROCKDALE, TEXAS    ROCKDALE, TX 76567
76567

Z.10. DEFENDANT: TRISHA STOJANIK

TITLE: DEPUTY CLERK

PLACE OF EMPLOYMENT: MILAM COUNTY STATE OF TEXAS
MILAM COUNTY COURTHOUSE
102 SOUTH FANNIN SUITE 6
CAMERON, TEXAS 76520

Z.11. DEFENDANT: DEPUTY FERGUSON # 2135

TITLE: CR25,667/CR25,668 OFFICER(S) RETURN
DEPUTY SHERIFF

PLACE OF EMPLOYMENT: MILAM COUNTY STATE OF TEXAS
SHERIFF OFFICE
C/O MILAM COUNTY JAIL
512 NORTH JEFFERSON
CAMERON, TEXAS 76520

Z.12. LT. NEWLIN    ROCKDALE POLICE    promoted to attorney General
OFFICE IN AUSTIN

(7 OF 8)

ATTACHMENT (C) PAGE VIII.

CONTINUATION II. DEFENDANT(S):

TITLE 42 SECTION 1983 WACO, TEXAS

II. DEFENDANT(S):

Z, 12. DEFENDANT:

DEPUTY BLANKEMEIR #2130/2182

TITLE: AFFILER(S) RETURN 10/2/2017
NOTICE OF AAPLICATION OF PROTOATIVE ORDER
C V 38,969    By DEPUTY CLERK, TRISHA STATANEK
PLACE OF EMPLOYMENT: C/O MILAM COUNTY JAIL
512 JEFFERSON
CAMERON TEXAS 76520

Z, 13. DEFENDANT: INVESTIGATIVE AND ADMINISTRATIVE
ACT(S) BY PHONE, FAX, E. MAIL, PAPER DOCUMENT(S)
OR VERBAL, SINCE ON OR ABOUT 2015 MONTH
TITLE: OF AUGUST IN REGARD(S) LLOYD LONDON
WHICH MAY HAVE LED UP TO THE ARREST ON
OR ABOUT AUGUST 01, 2017 AND INDICTMENT ON
PLACE OF EMPLOYMENT: DISTRICT ATTORNEY
BRIAN PRICE/ W.W.TORRY
204 NORTH CENTRAL AVENUE
CAMERON, TEXAS 76520

AUGUST 17, 2017 AT OR ABOUT 11:00 A.M. BRIAN
PRICE BAR NO. 240 95 940 W.W. TORREY OR
ANY PREVIOUS SUCCESSOR OR ANY FUTURE
SUCCESSOR OR CURRENT ASSISTANT OR ASSOCIATE
SPECIAL COUNSEL OR, ADVISOR ETC.

(8 OF 8.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _LONDON V GREENE (W-17-CA-247-RP_

B. Approximate date of filing lawsuit: _AUGUST 20, 2017_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Lloyd LONDON & ERICA ALDAMA_

D. List all defendants: _SHERIFF GREENE, PROSECUTOR OF MILam COUNTY, STATE OF TEXAS, SGT. GOODRICH, TINA WRIGHT, JUANITA CHAPION, (PAROLE OFFICER)_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _FEDERAL COURT CHICAGO, IL TRANSFERED BROWNSVILLE, TEXAS / TRANSFERED TO WACO FEDERAL COURT_

F. Name of judge to whom case was assigned: _IN TEXAS Judge Robert PITMAN_

G. Basic claim made: _CONSPIRACY TO DEPRIVE OF CIVIL RIGHTS Lloyd London And ERICA ALDAMA WERE ENGAGED / MARRIED ON JULY 07, 2017 ERICA THREATENED WITH DEATH IF ANY FUTHER CONTRACT WITH LLOYD, Lloyd PLACED IN JAIL 8/07/2017 Lloyd Being THREATENED WITH LIFE IN PRISON_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _YES. APPELLATE NO. 17-51020 WAS ASSIGNED. DUE TO DELAYS By JAIL AdmiNISTRATION OF RECEIVING MAIL FROM Federal COURT And THEFT OF LEGAL Books DOCUMENT'S AND LEGAL MATERIAL, PLAINTIFF HAS NOT FILED ANY ANSWER_

I. Approximate date of disposition: _11/27/2017 DOCUMENT'S [26]_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

PLAINTIFF Lloyd London PRO SE REQUEST THAT ANY document MAILED FROM THE PLAINTIFF By THE Filing dATE OF #[26] ON NOVEMBER 27, 2017 BE TREATED AS A VALID Document IN THIS VERY PETITION   THIS REQUEST IS DUE TO delays IN RECEIVING MAIL FROM THE FEDERAL COURT AND THEFT OF LEGAL BOOK(S), Document(S), AND LEGAL MATERIAL(S) SUPPLIES THAT FURTHER THE LEGAL CAUSE.

THIS IS A STATEMENT OF FACT(S) OUTLING THE FOLLOWING STATEMENT OF CLAIMS:   ERICA ALdAMA IS A BEAUTIFUL YOUNG LADY, COLLEGE EDUCATED, HARD WORKING; ANY MAN WOULD, OR SHOULD BE HONORED TO BE ALLOWED TO WALK THIS WOMAN TO THE ALTER TO BE MARRIED.

However; IN ERICA ALdAMA(S) MORE YOUTHFUL dAY(S) SHE BECAME CAUGHT UP IN EVENTS (WHICH) MAy NOT HAVE BEEN ILLEGAL - WHICH LANDED ERICA AldAMA IN ODDS WITH THE JUDICAL SYSTEM SYSTEM. LAW

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PROFESSOR(S) HAVE WRITTEN EXTENTIVELY ON THE Judicial System IN AmericIA STATING:

WHEN A CITIZEN IN America IS CHARGED WITH A CRIME ( OR MORE SPECIFICATELY A FELONY, THE BEST Thing TO do IS NEGOTIATE down TO THE LEAST possible CHARGE And plead Guilty.

PLAINTIFF (Lloyd Wm'London), BELIEVES THAT'S WHAT OCCURED WITH ERICA ALDAMA. ERICA ALDAMA ENDED UP IN A (BOOT CAMP), ERICA ALDAMA did EVERY-THING IN BOOT CAMP BOOT CAMP THAT SHE WAS REQUIRED TO do. ERICA ALDAMA, did MORE THAN SHE WAS REQUIRED And WAS RELEASED FROM BOOT CAMP AT AN ACCELERATED RATE BECAUSE ERICA ALDAMA OVERCAME THIS OBSTACLE IN HER LIFE.

ERICA ALDAMA, ( FRESH OUT OF BOOT CAMP), SOUGHT EMPLOYMENT, did NOT WISH TO START AT THE TOP, WHERE SHE EVENTUALLY GAINED EMPLOYMENT WITH COMFORT/QUALITY INN 202 WEST HIGHWAY 79, ROCKDALE, TEXAS. ERICA ADLAMA STARTED (CLEANING ROOMS, CHANGING SHEETS). ERICA(S) POSITIVE ATTITUDE And HARD WORK ETHIC PAID OFF. ERICA ALDAMA BECAUSE A DESK CLARK

SEE ATTACHMENT (d) TOTAL: 36 PAGE(S)

5

Revised 9/2007

99°°

# IV. ATTACHMENT (d), TOTAL 36 PAGES

## STATEMENT OF CLAIM

ISSUE! IV: I, II, III, IV, V, VI, VII, VIII, IX, X, XI.

### I. ACTUAL INJURY:

A. 1. MOTION FOR SUBPOENA DUCES TECUM

A. 2. GRAND JURY INDICTMENT ___

A. 3. MONETARY / ACTIONS

A. 4. PUNITIVE DAMAGES, REAL DAMAGES

A. 5. ON OCTOBER 18, 2017 PLAINTIFF IN OPEN COURT ENTERED DEMAND (IN CV38,369 ENTRY OF EVIDENCE) FOR A JURY TRIAL
   FINAL PROTECTIVE ORDER IN CV38,369
   FOUND GUILTY OF STALKING AND FAMILY
       VIOLENCE

### II. DISTRICT ATTORNEY, BRIAN PRICE BAR NO. 240 95 940

IMUNITY DOES NOT APPLY TO INVESTIGATIVE OR Administrative ACTS PERFORMED BY PROSECUTOR BURNS, 500 U.S. 493.

ACTUAL INJURY, IRREPUTABLE HARM FAILURE TO ACT / OR did NOT ACT ADMINISTRATIVELY OR INVESTIGATE THOURGHLY AND OR ACT IN CONCERT WITH CUSTODIAN (S), AGENT(S), / AGENCIES COURT(S) ETC.

(1 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

## III. CONSPIRACY TO DEPRIVE PLAINTIFF(S)
ERICA ALDAMA AND LLOYD LONDON
PRO SE INDIGENT(S) OF THEIR CONSTITUTIONAL RIGHT(S).

DEFENDANT(S) ACTING UNDER COLOR OF STATE LAW OR COLOR OF OFFICE. ACTOR(S) ARE LISTED BELOW:

1. STEPHEN GOODRICH  *Package Arrive 2 yrs Chmo 3/01/18*
   NATHAN CHARLES ARBUCKLE  *Thursday*
2. MAGISTRATE BERRY
3. KAREN BERRY
4. JUDGE JOHN W. YOUNGBLOOD
5. ANGELA RALSTON (CSR)
6. JUDY KOPKIVA
7. JUANITA CHAMPION
8. PSYCH DOCTOR, BELL CTY.
9. TEMPLE, TX 01/17/2018
10. WEDNESDAY 1 P.M. — 2:15 P.M.
11. TINA WRIGHT
12. DAVE MELTON
13. GRAND JURY
14. PUBLIC DEFENDER
15. DISTRICT ATTORNEY BRIAN PRICE
    BAR NO. 240 95 940
16. NEWS MEDIA
17. GLEN HEGAR,
    (STATE COMPTROLLER)

18. MILDRED DOVE
    FOREMAN GRAND JURY
19. THOMAS HARRIS (POLICE CHIEF)
20. SPECIAL MONITOR
21. FREE — WILL
22. DEFENDANT(S)
23. PROBABLE CAUSE
24. CAPTAIN BLANKEMEIR
    2132 / 2130
25. PASQUAL LIARES
26. AMBER ODNELL
27. PATEL BROTHER(S)
    (3) THREE OWNER(S)
    OF CONFORT/QUALITY
    INN ROCKDALE, TEXAS
28. LT. J.D. NEWLIN AUGUST
    2017
29. MISTY KIRK, DEPUTY CLERK
30. TRISHA STOJANIK,
    (DEPUTY CLERK)
31. LT NEWLIN *promoted to Attorney*
    *General office in Austin*
    *Texas*

(2 OF 36)

## IV. CONTINUATION STATEMENT OF CLAIM:

★ I. II. III.   I INTRICATELY INTERTWINED
I (A) AND I. (B)

IRREPUTABLE HARM ●     BRIAN PRICE / W. W. TORREY
ACTUAL INJURY     ●     AND ANY SUCCESSOR CAUSED
BY THE INACTION FAILURE
TO ACT/OR DID NOT ACT ADMINISTRATIVELY OR
INVESTIGATE
THOURGHLY AND OR ACT IN CONCERT WITH CUSTODIAN(S),
AGENT(S), / AGENT(S), COURT(S) ETC.

AND THE CONSPIRACY IS (ELASTIC, ONE
NOT KNOWING OF THE OTHER(S) INAPROAITE CONDUCT)
OF THE 30 THIRTY CHARACTER(S) TO DEPRIVE, PLAINTIFF(S)
ERICA ALDAMA AND LLOYD LONDON OF THEIR
CONSTITUTIONAL RIGHT(S):  LLOYD LONDON & ERICA
ALDAMA WERE MARRIED ON JULY 07, 2017 UPON
ERICA ALDAMA ACCEPTING A COMBINATION
ENGAGEMENT AND WEDDING RING

## IV. I. (A): GRAND JURY INDICTMENT
(ACTUAL INJURY), IN THE FAILURE OF
DISTRICT ATTORNEY TO ACT ADMINISTRATIVELY UPON BEING
NOTIFIED: BY SHERIFF, DAVID GREENE
OF MOTION FOR SUBPOENA DUCES TECUM, FILED
AT 1:00 A.M. ON AUGUST 17, 2017 AND TO BE TAKEN
TO THE CLERK OF THE DISTRICT COURT KAREN BERRY
TO BE STAMP/FILED, AT SUITE 5
102 SOUTH FANNIN STREET CAMERON, TEXAS 76520

1. ANGELA RALESTON CSR 6106 WAS SUPPOSED TO CERTIFY, MOTION FOR
SUBPOENA DUCES TECUM AT SUITE 4 AT 102 SOUTH FANNIN STREET
CAMERON, TEXAS, 2. AND PRESENT TO COURT COORDINATOR, JUDY
KOPIVA SUITE 4,

(3 OF 36)

## IV. CONTINUATION STATEMENT OF CLAIM:

COURT COORDINATOR JUDY KOPIVA, WHO THEN
PRESENTED TO:

3. JUDGE JOHN W. YOUNGBLOOD, LOCATED AT SUITE 4, 102
SOUTH FANNIN STREET, CAMERON, TEXAS 76520.

4. JUDGE JOHN W. YOUNGBLOOD WHO THEN ISSUED A ORDER:
#1. TRANSPORT: LLOYD LONDON TO THE GRAND JURY TO
ARGUE: MOTION FOR SUBPOENA DUCES TECUM

5 WHICH OUTLINED:

6. A VERBAL CONTRACTUAL AGREEMENT;

7. PROBABLE CAUSE
   A. VERBAL CONTRACTUAL AGREEMENT;
   B. BIBLE, SIGNATURE OF ERICA Aldama & Lloyd London
   C. FRUIT OF THE POSINOIS TREE

8. NO INDICTMENT SHOULD GO FORWARD
   A. VIDEO TAPE AT THE CONFORT/QUALITY INN
   B. BIBLE

#2. WITNESS (S) TO BE SUBPOENAED:

1. TINA WRIGHT

2. DAVE MELTON

3. ERICA Aldama

4. STEPHEN GOODRICH

5. JUDGE JOHN W. YOUNGBLOOD

6. KAREN BERRY

7. THOMAS HARRIS, ROCKDALE,
   CHIEF OF POLICE

8 NEWS MEDIA, CHANNEL 25,
   TEMPLE, TEXAS

9. MEANSTRATE BERRY

10. ANGELA RALSTON

11. JUANITA CHAMPION

12. GLEN HEGAR STATE COMPTROLLER

(4 OF 36)

## IV. CONTINUATION STATEMENT OF CLAIM:

## IV. I (B): PROTECTIVE ORDER

ACTUAL INJURY IRREPUTABLE HARM
IN THE FAILURE OF DISTRICT ATTORNEY TO ACT
Administratively upon being notified By Sheriff
David Greene of:   Motion For Subpoena Duces Tecum
Filed at 1:00 A. m.
On August 17, 2017 to be Taken to the Clerk of the
District Court, Karen Berry, Clerk
to stamp/File, at SUITE 5
102 South Fannin Street, Cameron,
Texas 76520.

1. Found Guilty of Stalking;

2. Family Violence;

3. Docket Sheet (s) Reflects Sex offender

4. Stockholm Snydrome Erica Aldama & Lloyd London Being Held in a State of Vulnerability
   in a State of Suspention

(5 of 36 )

IV.    CONTINUATION STATEMENT OF CLAIM:

IV.    A.    TINA WRIGHT DIRECTED DAVE MELTON TO
ASSAULT LLOYD LONDON AT OR ABOUT 3 A.m.
ON OR ABOUT JULY 26, 2017

SGT. GOODRICH ANSWERED CALL
FOR ASSISTANCE. PLAINTIFF LLOYD LONDON EXPLAINED
THAT DAVE MELTON HAD ASSAULTED PLAINTIFF AT
THE DIRECTION OF TINA WRIGHT, SGT. GOODRICH
KNEW HE WAS MAKING A FALSE POLICE REPORT.

PLAINTIFF, LLOYD LONDON AT ROCKDALE
POLICE DEPARTMENT 8:59 A.M. JULY 27, 2017 ATTEMPTED
TO HAVE DAVE MELTON ARRESTED FOR ASSAULTING
LLOYD LONDON, (PLAINTIFF)

SGT. GOODRICH REFUSED TO MAKE AN
ARREST. SGT. GOODRICH, AT OR ABOUT 3. A. M.
ON OR ABOUT JULY 27, 2017, AT PLAINTIFF(S) RESIDENCE
HAD PLAINTIFF SIGN A DOCUMENT, NOT ONE WORD ABOUT
ERICA ALDAMA.

SGT. GOODRICH, SAID DO NOT PICK UP
YOUR MAIL OR PAY YOUR RENT AT THE CONFORT/
QUALITY INN OR YOU WILL BE ARRESTED FOR CRIMINAL
TRESSPASS

ON OR ABOUT AUGUST 01, 2017 AT ROCKDALE
POLICE DEPARTMENT, BEFORE MAGISTRATE BERRY, SGT.
GOODRICH ALLEGED SIMPLE ASSAULT CHARGES AGAINST
PLAINTIFF LLOYD LONDON. GOODRICH SAID HE BELIEVES
HE

(6 of 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

## IV. B. CAN GET: (1. ATTEMPTED AGGRAVATED KIDNAPPING CAUSE CR 25, 667

(2. UNLAWFUL USE OF CRIMINAL INSTRUMENT CR 25, 668

(3. STALKING FALSE POLICE REPORT(S)
SGT. GOODRICH REGISTER(S) SEX OFFENDER(S) IN ROCKDALE.

IN THE UNITED STATE(S) DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WALO DIVISION

Lloyd London 31107
Milam Cty. PROSE
        V.
Sgt. Goodrich "ET. AL"

W-17-CA-247-RP

IN THE ALTERNATIVE UNDER JENCKS Act (18 U.S.C.A. 3500 F.R. CRIM. P.

MOTION FOR SUBPOENA DUCES TECUM
(MOTION TO COMPEL RULE 37(A) F.R.C.P.)

( ERICA Aldama HAS — FREE WILL )

NOW COMES THE PETITIONER Lloyd London IN FORMA PAUPERIS PROSE BEFORE THIS HONORABLE COURT REQUESTING THAT Document(S) ETC, BE PROVIDED BY ERIA Aldama; DOCUMENT(S) WHICH ARE CO-OWNED BY Lloyd London WAS: " Recorded BY Angela Ralston, TEXAS CSR, 6106 REFERED TO AS STATE(S) DESCRIPTION EXHIBIT NO. 1 CALENDAR OF EVENTS PAGE 3 LINE 11  " REPORTER(S) RECORD VOLUME 1 OF 1 VOLUME (S) TRIAL COURT CAUSE NO. CV 38, 369

REPORTER(S) RECORD 27TH day OF OCTOBER, A.D. 2017 Angela RALSTON TEXAS CSR, 6106 (254) 697-7710. I ANGELA RALSTON do HEREBY CERTIFY ON THE 27TH day OF OCTOBER, A.D. 2017. "

LOCATED IN CALENDAR RECORD OF ENGAGEMENT MARRIAGE date OF JULY 07, 2017 ( CALENDAR OF EVENT(S) ).

PETITIONER Lloyd London ACCORDING TO THE LAW, MARRIAGE IS A PERSONAL CONTRACT, THE VERBAL CONTRACT ON JULY 07, 2017 COULD BE CONSIDERED PUTATIVE; HOWEVER, ON OR ABOUT JULY 27, 2017, SGT. GOODRICH & JUANITA CHAMPION THREATENED ERICA ALdama, IF SHE, HAS ANY CONTRACT; WITH Lloyd London, SHE WILL BE VIOLATED AND GO TO PRISON ABOUT (4) FOUR DAYS LATER Lloyd London WAS ARRESTED AND PLACED IN JAIL.

( 7 OF 36. )

**IV.** CONTINUATVATION | STATE MENT OF CLAIMS

**V. C.** ENTRADMENT RACKERTEENING RICO ACT CONSPIRACY
SGT. GOODRICH AND JUANITA CHAMPION,
TINA WRIGHT, DISTRICT ATTORNEY BARD240 95 9 VD AND NOW THE
DISTRICT ATTORNEY W.W. TORREY, ARE (SHAPING), FORMING
ERICA (S) TESTIMONY AGAINST LLOYD LONDON.

(PETITIONER): RING GIVEN TO ERICA ON JULY 07, 2017 WAS A WEDDING RING. WE, ERICA ALDAMA AND LLOYD LONDON ARE IN A LEGAL SENSE, MARRIED, BUT FOR THE TECHNICAL REASON, NOT FORMALIZED. TREATED AS VALID AND DOES NOT NEED TO BE FORMALIZED; HOWEVER, THE RECORD OF THE MARRIAGE OF LLOYD LONDON AND ERICA ALDAMA: "CERTIFIED BY ANGELA RALSTON, TEXAS CSR, 6106 ON OCTOBER 27, 2017." LLOYD LONDON DID NOT KNOW THAT ERICA ALDAMA WAS ON PROBATION UNTIL A FEW DAYS PRIOR TO AUGUST 01, 2017. PETITIONER, LLOYD LONDON, IT IS MY BELIEF THAT ERICA ALDAMA HAS STOCKHOLM SNYDROME: *Lloyd London*

CAUSE BY EXTREME MENTAL EMOTIONALLY (TERRORIZED), BY SGT. GOODRICH, TINA WRIGHT, JUANITA CHAMPION, STATE(S) ATTORNEY, AND BRIAN PRICE.

1. SAMUEL CH 2 VERSE 30: "FOR THEM THAT HONOR ME I WILL HONOR" THE LORD SAITH! *Lloyd London*

### AFFIDAVITT

COUNTY OF MILAM
STATE OF TEXAS

"MY NAME IS ERICA ALDAMA.

DATED: SEPTEMBER 22, 2017 SIGNED BY ERICA ALDAMA
NOTORIZED BY NATALIE JO HARGROW

( 8 OF 36 )

**IV.** **d.** CONTINUATION STATEMENT OF CLAIM.

I AM 27 YEARS OLD AND OTHER WISE COMPETENT TO MAKE THIS AFFIDAVIT. THE INFORMATION AND EVENTS DISCRIBED IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF KNOWLEDGE.

ON JULY 27, 2017, MY EMPLOYERS CONTACTED THE POLICE..... LLOYD WAS GIVEN A CRIMINAL TRESSPASS NOTICE THAT HE COULD NOT COME TO THE QUALITY INN WHEN I WAS WORKING AND HE WAS TOLD BY THE POLICE TO STOP CONTACTING ME. ON JULY 31, 2017, I CALLED THE POLICE AND REPORTED THAT WAS STALKING ME.....
GRANDMOTHER(S) HOME..... PIZZA HUT.....

PETITIONER, LLOYD LONDON, ATTEMPTED TO HAVE DAVE MELTON ARRESTED ON JULY 27, 2017 FOR ASSAULTING LLOYD LONDON ON JULY 26, 2017 FOR ASSAULTING LLOYD LONDON ON JULY 26, 2017 FOR ASSAULTING LLOYD LONDON ON JULY 26, 2017 DIRECTED BY TINA WRIGHT.
CFS # 1700 5236 DATE 07/27/2017 DISPATCHER Id: 543
COMENTS: 08: 56: 14
(543) SGT. GOODRICH UNIT: 1903 OFFICER: 404
..... WANTING TO FILE CHARGES ON ASSISTANT MGR. OF COMFORT/INN..... ERICA ALDAMA WHO IS HIS FINANCEE THEY BECAME ENGAGED ON 07/17..... 08: 59: 57 (543)
1903 NO CRIMINAL OFFENSE.....

DAVE MELTON ACCORDING TO THE ROCKDALE REPORTER DATED FEB. 08, 2018 THURSDAY: (COORDINATOR), 2018 EARTH DAY EVENT(S), WEEK OF APRIL 16, PLEASE CONTACT ME, AT: 512-269-6425.
DOCUMENTS AND PHOTO(S) AND E-MAIL
REQUESTED FROM ERICA ALDAMA
ERICA ALDAMA, TOOK PICTURE(S) OF LLOYD LONDON AND ERICA ALDAMA WITH HER SMART PHONE ON BENCH IN FRONT OF COMFORT/QUALITY INN ON OR ABOUT JULY 24, 2017, SUNDAY, THESE PICTURE(S), SUPPOSED TO BE OUR ENGAGEMENT AND MARRIAGE ANNOUNCEMENT JULY 07, 2017.
ERICA

(9 OF 36)

**IV.** CONTINUATION STATEMENT OF CLAIM:

**IV.E** SUPPOSED TO BE FOR ENGAGEMENT
AND MARRIAGE ANNOUNCEMENT JULY 07,
2017. PHOTO(S)

ERICA AND LLOYD SHOPPED AT WALMART ON JULY 24,
2017. TIME 28:39:40 FOR HP 63 COLOR
0 8892 9626 739 #21.97. SO ERICA COULD MAKE
COPIES OF OUR PHOTO (S) TO:

GIVE TO LLOYD. MANAGER EULALIO SANCHEZ 709
W. HWY., 79 ROCKDALE, TX 76567. DOCUMENT(S) LISTED:

(1) SMART PHONE
OLD PH #512-429-4574
NEW PH #512-429-0594
CHANGES PH # APPROX.
EVERY FEW WEEKS

Home Address
ERICA ALDAMA
306 APT. #10
CALHOUN
ROCKDALE, TEXAS
76567

ERICA ALDAMA
EMPLOYMENT
(DESK CLERK)
COMFORT/ QUALITY
INN
702 W. HWY. 79
ROCKDALE, TEXAS
76567

(2) FAMILY BIBLE SIGNED BY ERICA ALDAMA & LLOYD LONDON
(LLOYD), EXPLAINED IT IS OUR BIBLE 50/50 SIGNED ON OR
ABOUT JULY 21, 2017, BY BOTH PARTIES AT OR ABOUT 5 AM.

1. THE ABOVE PHOTOS, DOCUMENTS AND (FAMILY) (BIBLE DOCUMENTS)
   ARE EVIDENTARY;

2. THAT THEY WERE NOT OTHERWISE PROCUREABLE REASONABLY
   IN ADVANCE OF TRIAL BY EXERCISE OF DUE DILIGENCE;

3. THAT THE PARTY CANNOT PROPERLY PREPARE FOR OR CONDUCT
   THE TRIAL WITHOUT SUCH PRODUCTION;

4. THAT THE APPLICATION IS MADE IN GOOD FAITH AND IS NOT
   INTENDED AS A GENERAL "FISHING EXPEDITION"

(10 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

## IV. F.    SPECIAL MONITOR

ON OR ABOUT AUGUST 04, OR 11TH OF 2017, (Friday), CHANNEL 25, NEWS OUT OF TEMPLE, TX AT ABOUT 4:30 P.M.

PROTRAYED PLAINTIFF Lloyd London GUILTY OF THE CURRENT CHARGES

IT HAS BEEN SAID THAT (7) SEVEN OUT OF EVERY (10) TEN CITIZEN(S) ARE ON PROBATION OR PAROLE, OR ARRESTED FOR CRIMINAL OFFENCE(S),

HOWEVER;

NOT Indicted,

OR SOMEONE MADE A COMPLAINT AGAINST THEM/THE POLICE decided NOT TO BRING CHARGE(S).

THE DISTRICT ATTORNY ET. AL." CANNOT BE ALLOWED TO STACK THE deck "TAINTED JURY POOL"

RELIEF SECTION: PETITIONER PLAINTIFF Requesting Federal COURT TO APPOINT A SPECIAL MONITOR OF THE SELECTION OF JURY POOL.

SEE DOCKET TEXT ORDER (34) motion to MONITOR ENTERED By Judge ROBERT PITMAN AT 9:16 A.M. CST ON 1/09/2018 W-17-CA-247-RP— WESTERN DISTRICT OF TEXAS

(11 OF 36)



## IV.    CONTINUATION STATEMENT OF CLAIM:



### IV. G.    REQUEST EXPERT (S) (10) LISTED BELOW: STANDARD ON REVIEW, EXPERT(S) denied REVERSEABLE

COHEN, 510 F.3d 1114 9TH CIR. 2007 U.S. VS FINLEY, 302 F.3d F.3d 1000 (9TH CIR. 2002

REVERSEABLE ERROR (10 CASES))

1. APPOINTED TO MONITOR SELECTION OF JURY POOLE

2. STOCKHOLM SYNDROME OF ERICA ALDAMA

3. NARCOLEPSY

4. MARRIAGE EXPERT (S), RECORDED AT COURT HOUSE(S) VS BIBLE(S) RECORD

5. EXHIBIT(S)

6. AUDIO TAPE(S)

7. VIDEO TAPE(S)

8. AUDIO TAPE(S)

9. SMART PHONE(S), (decoder)

10. PULL UP PHOTO(S) OF LLOYD LOWDEN & ERICA ALDAMA TAKEN BY ERICA ALDAMA ON BENCH IN FRONT OF COMFORT/QUALITY INN OR ABOUT JULY 24, 2017.

(12 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM

## IV. H.    NEWS MEDIA AND PROBATION AND PAROLE BY THE DISTRICT ATTORNEY TO TAINT JURY POOLE, REQUIRES A SPECIAL MONITOR TO BE APPOINTED BY THIS COURT.

## IV. I.    STOCKHOLM SYNDROME, FOR ERICA ALDAMA, MARRIAGE EXPERT(S);

EXPERT FOR SMART PHONE(S) TO decode/PULL UP PHOTO(S)/OF ERICA ALDAMA & LLOYD LONDON,

EXPERT(S): AUDIO TAPE(S), VIDEO TAPE(S), EXHIBIT(S) EXPERT(S).

EXPERT, TO BE APPOINTED TO MONITOR SELECTION OF JURY POOL, NARCOLEPSY, EXPERT TO DETERMINE

THE INVOLVEMENT OF JUANITA CHAMPION (PAROLE OFFICER), OF LLOYD LONDON AND THE INFLUENCE SHE HAD WHEN SHE THREATENED ERICA ALDAMA, NOT TO HAVE ANY CONTACT WITH LLOYD LONDON OR HER PROBATION WILL BE REVOKED, IN REGARDS OF THE ENGAGEMENT OF LLOYD LONDON AND ERICA ALDAMA SAME FOR SGT. STEPHEN GOODRICH ON OR ABOUT JULY 26, 2017.

APPLYING THE HAINES V. KERNER, STANDARD, 404 U.S. 519 1972. SUPREME COURT RULE 29.2 .... IF SUBMITTED BY AN INMATE CONFINED IN AN INSTITUTION, A DOCUMENT IS TIMELY FILED IF IT IS DEPOSITED IN THE INSTITUTION(S) INTERNAL MAIL SYSTEM ON OR BEFORE THE DATE OF DEPOSIT AND STATING THAT FIRST-CLASS POSTAGE HAS BEEN PREPAID 28, U.S.C 1746.

(13 OF 36)

## IV. CONTINUATION STATEMENT OF CLAIM:

**IV. H1.** NEWS MEDIA, NEED EXPERT TO DETERMINE THE MENTAL, EMOTIONAL STRESS OF TV VIEWING AUDIENCE.

**IV. I-1** EXPERT(S): JUANITA CHAMPION AND STEPHAN GOODRICH THREATENING ERICA ALDAMA

NOT TO HAVE ANY CONTACT WITH PLAINTIFF LLOYD LONDON, OR HER PROBATION WILL BE REVOKED AND PLACED IN PRISON. HOW MUCH EFFECT ON ERICA ALDAMA, DID IT CAUSE ERICA ALDAMA TO HAVE STOCKHOLM SNYDROME

**IV. J.** PSYCH ——————— BELL COUNTY TEMPLE TEXAS JANUARY 17, 2018 WEDNESDAY ABOUT 1:00 p.m — 2:15 Am

CONFLICT OF INTEREST = COUNTIES PAY TAXES AND STATE COMPTROLER GLENN HEGAR, THEN DOLE(S) OUT AS HE CHOOSE(S), USING A SHORT PENCIL AND A SLIDING SCALE TO ABOUT 11-15 COUNTIE(S).

SHERRY MUECK, TAX COLLECTOR (ONE STOP) ROCKDALE, TEXAS, PAY(S): 1. PUBLIC DEFENDER 2. PSYCH DOCTOR 3. DISTRICT ATTORNEY 4. CLERK OF THE COURT KAREN BERRY 5. MAGISTRATE BERRY 6. JUDGE JOHN W. YOUNGBLOOD 7. DEPUTY CLERK(S) 20TH DISTRICT COURT CAMERON, TEXAS

(14 OF 36)

IV. CONTINUATION STATEMENT OF CLAIM:

RICO ACT RACKETEERN

✖ IV. K.   PATEL BROTHER(S) ENTRAPMENT (WITH GOODRICH)

ERICA ALDAMA IN AFFIDAVIT

dated _____ REQUESTING A

PROTECTIVE ORDER HEARING OCTOBER 18, 2017

HER EMPLOYER(S) (PATEL(S)) _____

_____

IS THE MANAGER, TINA WRIGHT IS AN ASSISTANT

MANAGER.  PATEL _____ MANAGER,

AUTHORIZED THE FALSE COMPLAINT AND ENGINEERED

THE FALSE COMPLAINT AND CHARGES AGAINST LLOYD LONDON

USING TINA WRIGHT

DAVE MELTON

AS PAWN(S), IN A CHESS GAME

RESPONSIBLE FOR REVIEWING TRESPASS VIDEO TAPE INSIDE/OUTSIDE

QUALITY/COMFORT INN ON OR _____ ABOUT JULY

26, 2017. WERE REQUIRED TO GIVE PERMISSION TO TINA

WRIGHT TO SIGN _____ COMPLAINT FOR WHAT-

EVER BY CELL PHONE OR IN PERSON (LAPTOP COMPUTER)

IV. L.   WALMART ROCKDALE, 709 W. HWY, 79 76567

VIDEO TAPE REQUIRED JULY 24, 2017 TIME: 23:39

WHERE ERICA ALDAMA & LLOYD LONDON SHOPPED TOGETHER,

PURCHASED PANTIE(S) SIZE (7) SEVEN, BRA(S), PAID FOR RECEIPT

# 088 929 626 739   MANAGER EULALIO

SANCHEZ

IV. M.   EXPERT: ANN MARIE _____ ASSISTANT

MANAGER, JULY 24, 2017 OBSERVED ERICA

ALDAMA & LLOYD LONDON SHOP FOR PANTIE(S) AND BRA(S), PAID

FOR RECEIPT: 088 929 626 739. ANN MARIE WENT TO FRONT DOOR

AND WATCHED ERICA AND LLOYD GET INTO CAR. ERICA TOOK LLOYD(S) CLOTHING

IN ERICA(S) CAR EXCHANGED IN PARKING LOT (WALMART) UNDER WEAR, PANTIES

ETC. TIME: 23:39:40.    (15 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

ENTRAPMENT RACKATERING CONSPIRACY COLOR OF STATE LAW

## IV. N. CAPTAIN BLANKEMEIER, BADGE # 2130/
2132 DEPUTY BLANKEMEIR, ORDERED

OFFICER JERRY NORTON AND OFFICER _____
CHEATHAM, TO TAKE LEGAL MATERIAL: DOCUMENT(S),
BOOK(S), TRIAL PREPARATION, LEGAL MAIL LOG — RECORD
FROM AUGUST, 01, 2017 THROUGH AND INCLUDING DECEMBER
29, 2017.   IRREPUTABLE HARM AND ACTUAL INJURY
LLoyd London, CANNOT PROPERLY PREPARE FOR A JURY
TRIAL AND LEFT WITH INADEQUATE DEFENSE BY THE
PUBLIC DEFENDER: TYLER PENNINGTON, WHO WANTS TO
PLEAD GUILTY

( 16 OF 36 )

# IV. CONTINUATION STATEMENT OF CLAIM:

## IV. Q. GRAND JURY MILDRED DOVE FOREPERSON AUGUST 17, 2017 11:00 A.M.

Lloyd London SHOULD HAVE TRANSPORTED TO GRAND JURY

## IV. B JUANITA CHAMPION (PAROLE OFFICER) 3606 PROFIT DISTRICT PAROLE OFFICE TEMPLE, TEXAS 76502

Lloyd London, (PAROL OFFICER), MS CHAMPION, THREATENED ERICA ALDAMA, ON OR ABOUT JULY 26, 2017:
   NOT TO HAVE CONTACT WITH Lloyd London, OR SHE MS. CHAMPION, WILL HAVE ERICA ALDAMA(S) PROBATION REVOKED,
   ERICA WILL GO TO PRISON! Lloyd London EXPLAINED TO MS. CHAMPION ON JULY 26, 2017 OR ABOUT THAT DATE, THAT HE, Lloyd London, HAD GIVEN ERICA ALDAMA, AND ENGAGEMENT AND WEDDING RING COMBINATION.
   ERICA, did NOT KNOW THAT Lloyd WAS ON PAROLE UNTIL SAID DAY OF JULY! SAID day OF JULY _____ 2017.

(17 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM

## IV. ② CONFLICT OF INTEREST
THE PUBLIC DEFENDER, TYLER PENNINGTON HAS LIED TO PLAINTIFF

WHISHE(S) THE REMOVAL OF THE PUBLIC DEFENDER, TO BE REPLACED WITH Lloyd London PRO SE

TYLER PENNINGTON: SAID HE WILL ONLY PLEAD Lloyd London, (GUILTY) GLEN HEGAR, STATE COMPTROLLER COLLECT(S) COUNTY TAXES, THEN GIVE(S) BACK TO ABOUT 11-15 COUNTIE(S) AND VARIOUS AGENCIE(S), INCLUDING PUBLIC DEFENDER(S) OFFICE, DISTRICT CLERK(S), OFFICE KAREN BERRY, JUDGE YOUNGBLOOD, CHIEF OF POLICE DEPARTMENT ROCKDALE, DISTRICT ATTORNEY(S) OFFICE AND DAVID GREENE, SHERIFF (CUSTODIAN) OF Lloyd London

AND HIS AGENT(S) AND HIS AND CAPTAIN BLANKEMEIR # 2130/2132 BADGE) DIRECTED HIS EMPLOYEES; TO STEAL PLAINTIFF(S) BOOK(S) documents ETC. STOLE BY JERRY NORTON AND OFFICER _____ CHEATHAM ON DECEMBER 29, 2017.

RICO ACT
RACKETEERING

RACKETEERING RICO ACT CONSPIRACY TO COMMIT FRAUD AGAINST AGAINST THE ACCUSED WHO MAY BE INNOCENT ALL TO FILL A FOR PROFIT JAIL TO MAXIMIZE THEIR TAX BASE   TURN MANY FEMALES INTO WHITE SLAVERY BECAUSE NOW THEY ARE CONVICTED FELON(S) NO ONE WILL HIRE THEM OWNED BY THE SYSTEM TO FULFIL THE CASH COW
THAT NEVER STOP(S) GIVING

( 18 OF 36 )

## IV.    CONTINUATION STATEMENT OF CLAIM:

### IV.    (KAREN) BERRY, ) CLERK DISTRICT
R.          COURT 20TH JUDICIAL COURT; Lloyd
London Has mailed About (10) TEN PETITION;
TO THE CLERK And Requested THAT A STAMP/
Filed Copy BE Returned TO THIS date NOTHING RETURNED
TO Lloyd London STAMP/FiLED;

        ON OR ABOUT THE WEEK Ending ON SATURDay, OCTOBER
21, OR 28, 2017.  MY SISTER ATTEMPTED TO FILE A NOTICE
OF APPEAL WITH DEPUTY CLERK MISTY KIRK OF THE below
COUNTY — 20TH JUDICAL DISTRICT 102 SOUTH FANNIN, CAMERON
TEXAS 76520.  NOTICE OF APPEAL IN  CV 38, 369, WHERE
PLAINTIFF Lloyd LONDON WAS BEFORE THE COURT ON OCTOBER
18, 2017 PLAINTIFF, Lloyd London, A PRESENTED IN OPEN
COURT,;  DEMAND ( IN CV 38,369 ENTRY OF EVIDENCE)
        FOR A JURY TRIAL.

FINAL PROTECTIVE ORDER OCTOBER 20, 2017

DEPUTY CLERK, MISTY KIRK SAID YOU CANNOT APPEAL,
IT IS OVER IT IS FINISHED!

(19 OF 36)

# IV. CONTINUATION OF STATEMENT OF CLAIM!

**IV.** ON OCTOBER 18, 2017 PLAINTIFF
Lloyd London IN OPEN COURT BEFORE THE
HONORABLE JUDGE JOHN W. YOUNG BLOOD PETITION
PRESENTED IN OPEN COURT! DEMAND (IN CV 38,369
ENTRY OF EVIDENCE) FOR A JURY TRIAL ENTERED INTO
THE RECORD (SIX) (6), TIME(S) AS EXHIBIT AFFIDAVIT
OF ENGAGEMENT RING And LETTER OF AFFIDAVIT OF
ENGAGEMENT RING SIZE #6 STERLING SILVER
        JUDGE YOUNG BLOOD WOULD NOT ALLOW PLAINTIFF
A JURY TRIAL,    TRIAL AS TO THE COURT UNLESS ANY
PARTY demand(s)   TRIAL UNDER RULE 38. G-9 PAGE 1045
TRIAL PREPARATION BOOK STOLEN ON DECEMBER 29, 2017
AT THE direction OF SHERIFF David GREENE And CAPTAIN
BLANKENHOP #2132/2130, OFFICER JERRY NORTON,
OFFICER, _____ CHEATHAM.

(20 OF 36)

## IV. CONTINUATION STATEMENT OF CLAIM!

**IV. T.** ANGELA RALESTON C.S.R. 6106
(254) 697-7710 20TH JUDICIAL
DISTRICT

SHOULD BE CONSIDERED EXPERT, RECORDED MARRIAGE
OF LLOYD LONDON AND ERICA ALDAMA ON OCTOBER 18,
2017.

**IV. U.** SHANNA GOODRICH: ROCKDALE POLICE
DEPARTMENT, PLAINTIFF HAD SEEN EVERY
THREE (3) THREE MONTH(S), FOR ABOUT 1 ONE,
AND ½ YEAR(S), HAD A VERY GOOD REPORE WITH, MARRIED
TO STEPHEN GOODRICH, SHE, SHANNA, IS NOW A
ROCKDALE POLICE OFFICER, (HAS CONFIDENTAL INFORMATION,
TO ENLIGHTEN THE COURT. SGT. GOODRICH, NOW KNOWN
AS LT. GOODRICH HAS A COMPUTOR THAT WILL ACCESS
ERICA ALDAMA(S) SECURITY
CAMERA(S) IN ERICA(S) APARTMENT AND WATCH ERICA,
IN HER PRIVATE TIME(S)
AND AT THE QUALITY / COMFORT INN (CAMERA(S))
INSIDE AND OUTSIDE
WHEN ERICA ALDAMA SITS ON BENCH FOR A BREAK.

(21 OF 36)

## IV. CONTINUATION STATEMENT OF CLAIM:

## IV. V. THOMAS HARRIS: CHIEF OF POLICE, ROCKDALE POLICE DEPARTMENT:

ON OR ABOUT JULY 27, 2017, PLAINTIFF Lloyd London WENT TO THE ROCKDALE POLICE DEPARTMENT TO TELL And did TELL THE SGT. GOODRICH And CHIEF THOMAS HARRIS THAT HE, London, IS WILLING TO MOVE FROM ROCKDALE, TEXAS.

POLICE CHIEF THOMAS HARRIS AND SGT. GOODRICH SAID, IT WOULD NOT do ANY GOOD, (THAT I WOULD RETURN).

PLAINTIFF, Lloyd London REQUESTED THAT SGT. GOODRICH, CHECK THE SECURITY CAMERA(S) AT THE QUALITY/COMFORT INN AT ROCKDALE

FOR PROOF THAT DAVE MELTON, ASSAULTED (Lloyd (London), ON JULY 26, 2017,

THEY REFUSED

(22 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

## IV. W.    FALSE POLICE REPORT(S)

SGT. GOODRICH, ON OR ABOUT JULY 27, 2017 Had PLAINTIFF Lloyd London, SIGN A SUPPOSED PAPER SAYING PLAINTIFF COULD NO LONGER GO TO THE COMFORT/QUALITY INN TO PAY RENT (FOR PLAINTIFF'S) HOUSING, AT RV PARK, OWNED BY COMFORT/QUALITY INN

RV PARK (ADJACENT TO COMFORT/QUALITY INN), PLAINTIFF ALSO PICKED UP POSTAL MAIL DAILY, FROM THE PLAINTIFF ALSO PICKED UP POSTAL MAIL DAILY, FROM THE COMFORT/QUALITY INN.

ON OCTOBER 18, 2017 IN CU 38,369 SGT. GOODRICH, TESTIFIED THAT ERICA ALDAMA MADE A COMPLAINT ON AUGUST 27, 2017 OF STALKING, (BY Lloyd London), OF EMPLOYEE OF COMFORT/QUALITY INN, (ONE: ERICA ALDAMA)

TINA WRIGHT PHONED POLICE ON JULY 26, 2017, AT THE INSISTANCE OF Lloyd London WHEN GOODRICH CAME: Lloyd London, TOLD SGT. GOODRICH, THAT DAVE MELTON HAD ASSAULTED, Lloyd London, AT TINA WRIGHT('S) DIRECTION, GOODRICH, REFUSED TO ARREST DAVE MELTON, ASSISTANT MANAGER COMFORT/QUALITY INN— ROCKDALE, TEXAS.

(23 OF 36)

## IV. CONTINUATION STATEMENT OF CLAIM:

**III. B** CONSPIRACY TO deprive PLAINTIFF(S) ERICA Aldama And Lloyd London PROSE Indigent(S) OF THEIR CONSTITUTIONAL RIGHT(S) 

**IV. III.** PROBABLE CAUSE And GRAND JURY IndicTment FLAWED FOR THE past Two Hundred SEVENTEEN YEARS BECAUSE EQUAL PROTECTION And DUE PROCESS ARE NOT IN PLAY PLAINTIFF PETITIONER Lloyd London RAISED THE ABOVE ISSUE AT LINE 14 PAGE THREE OF THREE IN MOTION FOR SUBPOENA DUCES TECUM FILED AT 1:00 A.M. ON August 17, 2017 PLAINTIFF PETITIONER FILED A 1:00 P.M. ON AUGUST 21, 2017 And NAMED AS ABOVE CAPTIONED IV. III. NOW COMES THE PLAINTIFF-PETITIONER, THE IndicTment PROCESS HAS BEEN FLAWED, FROM, DAY (1) TWO HUNDRED YEARS AGO.

**IV. V.** DISTRICT ATTORNEY ADMINISTRATIVE FAILURE TO PROVIDE A LEVEL PLAYING FIELD. THE JUROR POOL IS STACKED 99% IN FAVOR AND HE traditionally MANIPULATE(S) THE JUROR POOL AND JURY durning TRIAL.

( 24 OF 36 )

**IV.** CONTINUATION STATEMENT OF CLAIM:

**III B.** CONSPIRACY TO DEPRIVE PLAINTIFF(S) ERICA ALDAMA AND LLOYD LONDON PRO SE INDIGENT(S) OF THEIR CONSTITUTIONAL RIGHT(S).

**II ~~III~~.** PROBABLE CAUSE AND GRAND JURY INDICTMENT FLAWED FOR PAST TWO HUNDRED SEVENTEEN YEARS BECAUSE EQUAL PROTECTION AND DUE PROCESS ARE NOT IN PLAY

PLAINTIFF-PETITIONER LLOYD LONDON RAISED THE ABOVE ISSUE AT LINE 14 PAGE THREE (3) IN MOTION FOR SUBPOENA DUCES TECUM FILED AT 1:00 A.M. ON AUGUST 17, 2017.

PLAINTIFF FILLED AT 1:00 A.M. ON AUGUST 21, 2017 AND NAMED AS ABOVE CAPTIONED AT IV. III.

NOW COMES THE PLAINTIFF-PETITIONER, THE INDICTMENT PROCESS HAS BEEN FLAWED, FROM, DAY ONE (1) TWO HUNDRED YEARS AGO.

**~~IV.~~ V.** SPECIAL MONITOR, RIGGED JUROR POOL RIGGED RACKER-TEERING. STATISTICS REFLECT THE REALITY IN THE COURTROOM. SEVEN (7) OUT OF (0) TEN PEOPLE ARE ON PROBATION OR PAROLE. A JURY POOL OF POTENTIAL JUROR(S), JURY POOL TAINTED THEN YOU TAKE ACCOUNT OF THE PEOPLE THAT ARE DETAINED TAKEN TO THE POLICE STATION AND THEN NOT INDICTED ARE PLACED ON A STREET FILE OR COMPUTER. THE NEWS MEDIA TAINTS ABOUT 10% OF A JUROR POOL WHICH IS SUPPOSED TO CONSIST OF PEERS(S), THE D.A. IS NOT ALLOWED TO STACK THE DECK WITH POLICE OFFICER(S). THE DEFENSE IS ALLOWED TO STRICKE OR REJECT (7) SEVEN,    A DEFENDANT IS GUILTY !

(25 OF 36)

## IV. CONTINUATION STATEMENT CLAIM:

**IV VI.** JUDGE JOHN W. YOUNGBLOOD IS INVOLVED IN RACKERTEERING (RICO ACT). HE GAVES CHARLES NATHAN ARBUCKLE TWO (2) YEARS FOR CHILD MOLESTION. ARBUCKLE IS FIRST COUSIN TO SGT. LT. STEPHEN GOODRICH OF THE ROCKDALE POLICE DEPARTMENT. ALL IN VIOLATION OF COLOR OF LAW OR COLOR OF OFFICE AND/OR CONSPIRACY TO DEPRIVE PLAINTIFF LLOYD LONDON AND ERICA. ALDAMA OF THEIR CONSTITUTIONAL RIGHTS. THE RIGHT TO

**(RICO ACT) RACKERTEERING** ENTER INTO AGREEMENT TO BECOME ENGAGED TO BE MARRIED (TO BE MARRIED ON JULY, 07, 2017)

**IV. VII.** ENTRAPMENT SGT. - LT. STEPHEN GOODRICH IS A SEX OFFENDER (REGISTOR) IN ROCKDALE, TEXAS. GOODRICH 1ST COUSIN HAS BEEN FIGHTING SEX CHARGE FOR (5) FIVE YEAR(S), GOODRICH SOLICITED PATEL **(MANAGER(S))** BROTHER(S) (3) THREE VIA THROUGH TINA WRIGHT MANAGER (ASSISTANT MANAGER TO SIGN COMPLAINT AND/OR FORCED EMPLOYEE ERICA ALDAMA TO SIGN A FALSE COMPLAINT AND AFFIDAVIT.

**IV. VIII** RACKERTEERING (RICO ACT) ENTRAPMENT PATEL BROTHER(S) (3) THREE OWNER(S) COMFORT/ OUALITY INN 701 W. HWY., 79 ROCKDALE, TEXAS INVOLVED IN RACKERTEERING (RICO ACT) WITH ROCKDALE POLICE DEPARTMENT MORE SPECIFICALLY STEPHEN GOODRICH SGT. LT HOW MANY OTHER MEN AND WOMEN HAVE BEEN ARRESTED AT THE COMFORT/OUALITY INN ACTING UNDER THE COLOR OF LAW OR THE COLOR OF OFFICE.

(26 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

**IV IX.** RACKERTEERING IS WHAT JUDGE JOHN W. YOUNG-BLOOD INVOLVEMENT, UNDER COLOR OF STATE LAW OR COLOR OF OFFICE IS INVOLVED IN. JUDGE YOUNGBLOOD DENIES PLAINTIFF LLOYD LONDON A JURY TRIAL IN CV38,369 WHEN PLAINTIFF PRODUCES IN OPEN COURT PROOF OF MARRIAGE/AND ENGAGEMENT TO ERICA ALDAMA. THEN ALLOWS SGT. LT. STEPHEN GOODRICH(S) 1ST COUSIN CHARLES NATHAN ARBUCKLE TO PLEAD GUILTY TO CHILD MOLESTATION AND SENTENCE ARBUCKLE TO (TWO (2) YEARS (TOTAL) SGT. LT. STEPHEN GOODRICH FALSIFIED POLICE REPORT(S) DOCUMENT(S) AGAINST PLAINTIFF LLOYD LONDON.

**IV X.** ON OR ABOUT THURSDAY 03/08/2018 "PLAINTIFF" LLOYD LONDON WAS THREATENED BY: NATHAN CHARLES ARBUCKLE 1ST COUSIN OF SGT. LT. STEPHEN GOODRICH, ARBUCKLE HAD BEEN PLACED IN THE MILAM COUNTY JAIL IN THE SAME HOUSING (B) EIGHT MAN TANK (II), ARBUCKLE SUGGESTED THAT SGT. LT GOODRICH DID NOT WANT PLAINTIFF LLOYD LONDON TAKING IT CASE BEFORE A JURY TRIAL BECAUSE GOODRICH FILED A FALSE COMPLAINT OR FORCED ERICA ALDAMA TO MAKE A FALSE COMPLAINT AND MAKE A FALSE AFFIDAVIT SWORN UNDER OATH AND NOTARIZED _____ THE CASE IS CU38,369 CR05,667

AND CR05668 JOHN W. YOUNGBLOOD

**IV XI.** FEDERAL RACKERTEERING (RICO ACT) EXTORTION, CONSPIRACY ON OR ABOUT DECEMBER 21, 2012 PLAINTIFF ARRIVED BY GREYHOUND BUS IN AUSTIN, TEXAS REPORTED TO SAMUEL KING WITHIN (10) TEN WORKING DAYS PLAINTIFF/LLOYD LONDON PROVIDED SAM KING WITH DISCHARGE ORDER FROM ILLINOIS DISCHARGING ON OR ABOUT SEPTEMBER 1997, PLAINTIFF PRESENTED DOCUMENT(S) OUTLINING PAROLED FROM ARKANSAS ON TERRORISTIC THREATENING. SAM KING AND MS. LANGE CHOSE TO HAVE PLAINTIFF TAKE SEVERAL POLYGRAPH TEST(S) AND SEEK THERAPY FROM DEAN EDDY AT GEORGETOWN AND TAYLOR TEXAS

(27 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

## IV. XII.

STACKED DECK! IN FAVOR OF DISTRICT ATTORNEY, THE D.A. GETS THE LAST STANCE IN THE CLOSING ARGUMENT(S). THIS NEEDS TO BE REVERSED BECAUSE (99) NINETY NINE MEN ARE FOUND GUILTY WROUNGLY RATHER THAN ONE GUILTY MAN GO FREE. AMERICA HAS MORE (CITIZEN(S)) PER 100,000 IMPRISONED THAN RUSSIA OR CHINA

## IV. XIII.

JENCK(S) MATERIAL (JENCK(S) ACT) TITLE 18 U.S.C.A 3500 F.R.C.P. SHOULD BE THE ORDER OF THE DAY

## IV. IVX

DEMAND A JURY TRIAL IN CV 38,369 JOHN W. YOUNGBLOOD ON OCTUBER 18, 2017 PLAINTIFF PROSE OFFERED (6) SIX TIMES DEMAND FOR A JURY TRIAL LETS PICK 12 JURORS, THE JUDGE REFUSED TO GROR A JURY TRIAL AND HAD A BENCH TRIAL EVENTHO PLAINTIFF DID NOT PARTISIPATE

(28 OF 36)

# IV. CONTINUATION OF STATEMENT OF CLAIM

## IV. STATEMENT OF CLAIM

THERE ARE (12) TWELVE ISSUES WITH SUB-TOPIC(S), THE PRIMARY DEFENDANT(S) ARE:

(3) THREE PATEL BROTHER(S) OWNER(S) MANAGER(S) OF COMFORT/QUALITY INN.

TANA WRIGHT (ASSISTANT MANAGER) COMFORT/QUALITY INN 701, HIGHWAY 79 W. ROCKDALE TEXAS

DAVE MELTON (ASSISTANT MANAGER) COMFORT QUALITY INN.

ERICA ALDAMA EMPLOYEE (DECK CLERK) CONFORT/QUALITY INN SGT. LT. STEPHEN GOODRICH ROCKDALE POLICE DEPARTMENT

DISTRICT ATTORNEY, BRIAN PRICE BAR NO. 240 95 940 NEWS MEDIA CHANNEL 25 TEMPLE, TEXAS

JOHN W. YOUNGBLOOD, JUDGE IN CV88, 369, CR25, 667 CR25, 668.

KAREN BERRY CLERK OF 20TH JUDICIAL DISTRICT MILAM COUNTY

GRAND JURY OF MILAM COUNTY (MILDRED DOVE) FOREMAN OF THE JURY

JUANITA CHAMPION (PAROLE OFFICER)

ERICA ALDAMA(S): (PROBATION OFFICER)

(29 OF 36)

# IV. CONTINUATION STATEMENT OF CLAIM:

**IV.** PLAINTIFF Lloyd London PRESENTED A COMBINATION ENGAGEMENT AND WEDDING RING TO ERICA ALDAMA ON JULY 07, 2017. ON OR ABOUT JULY 20, 2017. PLAINTIFF Lloyd London PRESENTED A FAMILY SIZE BIBLE TO ERICA ALDAMA. PLAINTIFF SAID THAT HALF THE BIBLE BELONGS TO Lloyd London. ERICA ALDAMA SIGNED. THE FAMILY BIBLE, PLAINTIFF Lloyd London SIGNED.

THE FAMILY BIBLE WAS TO BE KEPT IN ERICA ALDAMA'S ABODE.

ERICA ALDAMA TOOK PICTURE(S) ON HER SMART PHONE, IN FRONT OF QUALITY/COMFORT INN OF ERICA AND Lloyd FOR PHOTO(S) TO PLACE IN THE NEW(S) PAPER

ANNOUNCING THE MARRIAGE
OF ERICA AND Lloyd

ON JULY 24, 2017 Lloyd London AND ERICA ALDAMA SHOPPED A WALMART SHOPPING CENTER, PANTIE (SIZE 6) AND BRA(S) AND H/P INKERS FOR ERIC'S COPIER/ PRINTER TO PRINT OUT THE PHOTO(S) ON ERICA('S) SMART PHONE OF ERICA AND Lloyd, PHOTO(S) TO BE USED FOR NEWS PAPER ANNOUNCEMENT OF MARRIAGE ON JULY 07, 2017.

ON JULY 28, 2017 ERICA TOLD Lloyd London AT THE Rockdale'S POLICE STATION THAT S9F LT. GOODRICH And JUANITA CHAMPSON Lloyds (PAROLE OFFICER), NOT TO HAVE ANY CONTACT WITH Lloyd London OR THEY WILL HAVE HER ERICA ALDAMA('S) PROBATION REVOKED

THREE (3) DAY(S) LATER. ON OR ABOUT AUGUST 01, 2017 Lloyd London WAS ARRESTED. S9F LT. GOODRICH FALSIFIED HIS

(30 OF 36)

# IV.  CONTINUATION OF STATEMENT OF CLAIM

IV.  HAS INFORMATION IN POLICE REPORT(S) OR FORCED
ERICA ALDAMA TO MAKE AND SIGN FALSE COMPLAINT(S)
AND AFFIDAVITS

TINA WRIGHT DIRECTED DAVE MELTON TO ASSAULT
LLOYD LONDON ON JULY 26, 2017. LLOYD LONDON ATTEMPED
TO HAVE DAVE MELTON ARRESTED ON JULY 27, 2017 FOR ASSAULTING
LLOYD LONDON ON JULY 26, 2017.

THE DISTRICT ATTORNEY, (BRIAN PRICE BAR NO. 240
95 940) FAILED TO PROPERLY INVESTIGATE OR FULFILL
HIS ADMINISTRATIVE DUTIES.

THE CHIEF OF POLICE LEAKED FALSE INFORMATION TO
CHANNEL 25 NEWS AT TEMPLE TEXAS JUDGE JOHN W.
YOUNGBLOOD HAS LET SGT. LT. GOODRICH (1ST COUSIN CHARLES
NATHAN ARBUCKLE) TO PLEAD FOR TWO YEAR SENTENCE FOR
A SEX OFFENSE AGAINST A CHILD

PLAINTIFF LLOYD LONDON, FILED A MOTION FOR
SUBPOENA DUCES TECUM ON AUGUST 17, 2017 AT 11:00 A.M.

FAILURE OF DISTRICT ATTORNEY BRIAN PRICE BAR
NO. 240 95 940 TO ATTEND TO ADMINISTRATIVE DUTIES.

(31 OF 36)

Continuation  Statement of Claim

## Facts

1 Samuel Chapter 2 Verse 30
For them that honor I will honor
Matthew Chapter 1 Verse 18 Mary was
enspoused to Joseph, before they came together

The engagement/marriage of Erica Aldama & Lloyd London
on July 07, 2017 (derailed by Sgt. Lt.
Stephen Goodrich and Juanita (Champion) extreme threats to revolk
Erica Aldama(s) probation (u hasr extreme mental duress)
Caused Stockholm Snydrone / and the stalking
of Erica Aldama by Sgt. Lt. Stephen Goodrich
Erika had taken photo(s) of Erica & Lloyd sitting on
bench in front of Confort/Quality Inn, on about July
24, 2017, Sunday. These pictures supposed to be our:
Erica & Lloyd(s) wedding announcement pictures. Lloyd & Erica Aldama
shopped at Walmart together on July 24, 2017 Time: 28:39:40 for
pantie(s) size 7 Bro(s5 H/P 63 color #21.97, 082 929 626 739

Sgt. Lt. Stephen Goodrich pulled in behind Erica Aldama & Lloyd London
about July 20, 2017 Friday at about 11:10pm at the Comfort/Quality Inn as
Erica exited work & Lloyd was checking Erica(s) oil level in the engine of
Erica(s) Auto. pulled in behind Erica & Lloyd about (30) thirty feet. It was
Goodrich, he offered a handlight extending out the window of his squad car
Lloyd & Erica ignored Goodrich checked oil. Erica asked Lloyd to pick up a
quart of motor oil from Walmart and bring to her apartment so Lloyd could put
the quart of motor oil in her Auto. Lloyd had been to Erica(s) apartment on
several occasion(s) Erica had Lloyd pickup two (2) Christmas Caroling doll(s)
at about midnight. On one occasion Lloyd at about 1:00am took to
Erica at apartment: Strawberries, blueberries, short cake and
whipped cream. On one occasion Erica Aldama told Lloyd: "You have
given me the best kiss that I ever had."

Shortly after July 20, 2017 Friday, Erica Aldama told
(32 of 36)

## Statement of Claim

## Fact(s)

Lloyd that she is concerned, that Goodrich is trying to have sex with her that she, Erica is on probation, has been to boot camp that she did everthing that she was supposed to do and got out at the earliest day possible. Erica Aldama said that she thinks that Sgt. Goodrich said something to Erica(s) Probation officer in Cameron. Erica said she has to go see her probation officer, (a special appointment). Erica said she is afraid the probation officer is going to violate Erica(s) probation and Erica will have to go to prison. Erica said that Sgt. Goodrich said that Erica could do undercover work for him she would be an undercover vice police officer/Goodrich said he will pay Erica in Cash. Erica said that Goodrich he will provide her with a badge he will swear Erica Aldama in Erica said Goodrich said she can not show her badge to anyone because it will blow her undercover work.

Erica Aldama said she scored of going to prison and does not want to have sex with Goodrich.

Erica asked Lloyd if he will bond her out of jail on August 03, 2017 if Erica's probation is violed at 1:00 p.m. on August 03, 2017 On July 26, 2017 Tina Wright (Assistant maneger) of Comfort/Quality Inn directed Dave Melton to assault Lloyd London, Dave Melton, did assault Lloyd London. The police were phoned at Lloyd Londons request. Sgt. Goodrich pulled up, Lloyd explained what happen. Sgt. Goodrich went inside the Comfort/Quality Inn, came out a few minute(s) Later, got in his squad car and drove off.

The next day Lloyd London went to Rockdale police department and requested that Goodrich arrest Dave Melton for assaulting Lloyd London on July 26, 2017 Sgt. Goodrich refused. Dispatcher (543) gave Lloyd London a print out stating the above at 08:39:57 noted in the above complaint

(33 of 36)

Continuation Statement of Claim

## Facts)

On July 27, 2017 Friday Goodrich showed up at Llold London(s) residance next door to the hotel Comfort/Quality Inn.

Informed Lloyd London that he had to sign a no tresspassing agreement. I could not goto the Comfort Inn to pay my rent or pick up my mail. Goodrich did not give Lloyd London a copy of the complaint. Lloyd London was under duress because Lloyd London was required to see Sgt. Goodrich every three (3) month(s) at the police department in Rockdale.

Scenerio

Latter that day on July 27 Friday 2017 Juanita Champion Showed up at Lloyd London(s) residence. Lloyd London was watking his trash to the dumpster. Ms. Champion wanted to know what I was doing getting involved with this person. Lloyd London said to Ms. Champion that he, Lloyd London had given Erica Aldama an engagement/wedding ring. Ms. Juanita said this is a figment of my imagination you did not give her an engagement ring.

On Saturday, July 28, 2017 Lloyd London went into the police station with Erica Aldama. Erica Aldama told Lloyd that Lloyd(s) parole officer, Ms. Champion and Sgt. Goodrich told Erica Aldama not to have any contact with Lloyd London or Erica(s) probation will be violated and Erica Aldama will go to prison. Three (3) day(s) later

On or about August 01, 2017 Lloyd London was arrested between the hour(s) of about midnight and 5 a.m., it was not daylight.

Perfect Scenerio for Sgt. H. Stephen Goodrich

(34 of 36)

Continuation  Statement of Claim

## Fact(s)

In the stalking Erica Aldama

In the heyday of Milam County
Alcoa purchased several thousand acre(s)
of land, about 34,000 acre(s) of land.

A power plant was built called Lumina
to supply electricity for the processing of
ore that was brought in by box car load
after load or some say a conveyer belt which
ran for miles. Alcoa, the power plant, the excavation
of coal to fuel the power plant (Lumina). Created a lot
of job(s) of Milam County especially (Rockdale) and
a substantial tax base

For Milam County money in everybodies pocket.
Tax dollars for schools, parks, recreation put a smile on
everybodies face. The economy was good and promising
in the 1930's, 1940's, 1750's. Alcoa, announced they
were gunna pull out of Rockdale in the 1980's, that
it would be completly out of Milam County about
2025.

The citizen's of Milam project(s) to
discover what type(s) of Industry could be
attracted to Milam County to replace tax revenue.

It was determined that the most lucrative
Industry would be a For Profit Jail.

(35 of 36)

# Continuation Statement of Claim.

## Fact (s)

The Milam County Citizen(s) came up with a plan to
rebuild on a cite at 512 North Jefferson Cameron, Texas
 by the year 2003 or 2004

The For Profit Jail was completed

The plan for the jail did not include a Law Library for
the detained men and women

 Instead Milam County opted to satisfy the Legal
requirement by paying county tax money for a public defender.

The Milam County for profit jail is a cash cow.

Milam County has interest in keeping the Milam County jail
full. Milam County jail provides a commisary that
charge(s) price(s) that are ex orbitant.

 Rockdale police department is not interested
in a speed trap. Rockdale established an alliance
with the Comford/Quality Inn Racketeering (Rico Act)
making false police report(s) to help keep the jail
full for the tax base money in everybodies pocket
the magistrate, the D.A., Judge Youngblood, the
Clerk of the court Karen Berry, Sgt. Lt. Goodrich chief

Lloyd London 31107
C/o Milam County Jail
512 N. Jefferson
Cameron, Texas 76520

(36 of 36)

# APPENDICE

EXHIBIT
HAND WRITTEN COPIE 78

PAGE

1. MOTION FOR SUBDOENA DUCES TECO.
FILED AT 1:00 A.M. CHALLENGING Indictment AT 11:00 AM 8/17/17    37.
PAGE 1, 2, 3,

2. PROBABL CAUSE And GRAND JURY INDICTMENT FILED 8/24/17    37.
CHALLENGING PROBABLE AND INDICTMENT

3. AFFIDAVIT HELEN HENSON ENGAGEMENT FROM ETHEL ALDAMA    37

4. IN CV 38,369 AMENDED NOTICE OF APPEAL
PLAINTIFF IN ODEN COURT OFFERED (6) SIX OFFERED (6) SIX,
TIMES) DEMANDED JURY TRIAL, YOUNG BLOOD IGNORED
LONDON did NOT PARTICIPATE IN BENCH TRIAL JUDGE FOUND GUILTY    37.

(PAGE 37)

LINE:

IN CIVIL AND OR CRIMINAL LITAIGATION

COURT OF MILAM COUNTY

IN THE UNITED STATES OF AMERICA CAMERN, TX.

Filed
11:00 AM
August
17,
2017

Lloyd London PRO SE )
    PLANTIFF PETITIONER )

ERICA Aldama PROSE
    DEFENDANT PETITIONER )

CASE NO _____

THE HONORABLE

## MOTION FOR SUBPOENA DUCES TECUM

### FIRST SET

RETALIATION & THREAT                FROM ERICA Aldama & Lloyd
BY ALIENATION OF AFFECTIONS          London BY SGT Goodland, TINA
. NOW COMES THE PETITIONER Lloyd London PRO.SE IN CIVIL AND CRIMINAL
MATTER, Indigent, AS IN Gidion VS WAINWRIGHT _____

    1. NIXON, REQUIRES THE production of TAPES, Video,
ELECTRONIC AND OTHER WISE, ALBUM'S, RECORDS, TAPE, DOCUMENT(S) BY
COMPUTER, VIA A NASAU SATILIGHT POSITIONED OR ORBITING
IN THE SKY, WETHER ACCESSED BY LOCAL, STATE OR FEDERAL GOVERNMENT
OFFICALS Including THE PENTAGON, WETHER A CIVIL OR LEGAL BRANCHES
HAS BEEN SET UP. THIS IS IN EXACT AND APPLY TO ALL THE ABOVE NAMED IN,
(U. S. VS. NIXON _____

(1.) ERICA Aldama, 306 Apt. #10 CALHOON ST. Rockdale, TEXAS, ERICA
Aldama, 702 W. Hwy. 79 Rockdale, TEXS. (3) AT THE Quality
INN ALL CAMERA(S) AND ELECTRONIC(S), DEVICE(S) From:
    FEB — 2017 TO CURRENT.

(2.) TINA WRIGHT (MANAGER) QUALITY INN 702 W.
    Hwy, 79 Rockdale FEB. 2017 TO THE CURRENT.

(10)

(ONE OF THREE)

LINE:

1  3. VIDEO TAPE AT THE COMFORT/QUALITY INN 702 W. Hwy.
2  79 ROCKDALE, TEXAS. ON OR ABOUT FEBRUARY 28, 2017. WHERE
   DESK CLERK, ERICA ALDAMA, IN A BRIEF
   CONVERSATION WITH LLOYD LONDON did TELL LLOYD THAT SHE WAS
3  MARRIED (3) TWO THREE TIMES ( LLOYD did KISS ERICA(S) WORD (S)
4  (S) TIMES) AND OR AN ADMISSION FROM ERICA ALDAMA;

5  4. [PRODUCE THE WEDDING GOWN THAT PERFECTLY
6  FITS AND ENHANCE(S) ERICA ALDAMA.]
7  ON OR ABOUT MARCH 05, 2017 A VIDEO & AUDIO TAPE OR ADMISSION
   BY ERICA ALDAMA THAT SHE, ERICA & LLOYD did ENTER INTO A VERBAL
8  [ VERBAL CONTRACTUAL AGREEMENT ]
9  THAT SHE, ERICA WOULD PURCHASE GMA (BLUE) Good morning
10 AMERICIA, HOT PINK TO SEW A WEDDING GOWN THAT WOULD PERFECTLY FIT
   & ENHANCE THE BEAUTY OF ERICA ALDAMA, TO BE DELIVERED TO LLOYD LONDON
   BY 07:00 OCTOBER 04, 2017;
11 [ OCTOBER 01, 2017, THAT LLOYD PAY $100.00 IN CASH ]
   AND ALSO PROVIDED ERICA WITH A PATTERN FOR THE GOWN.
12 [ LLOYD HAS MET ALL OF
13   HIS OBLIGATION(S) OF SAID AGREEMENT ]
14
15 [ PRODUCE THE BIBLE LONDON HAS EQUAL ACCESS ]
16
17 VIDEO TAPE AND OR AUDIO ON OR ABOUT JULY 20, 2017, AT THE QUALITY
   INN WHERE ERICA ALDAMA DESK CLERK, AT ABOUT 4:30 P.m. AT
18 702 W. Hwy, 79, ROCKDALE, TEXAS did STATE ON AUDIO — VIDEO AND IN THE
   PRESENCE OF ROB. A PREVIOUS DESK CLERK — THAT SHE WOULD LIKE TO
19 PURCHASE THE FAMILY BIBLE — THAT LLOYD HAD JUST SHOWED TO ROB AND ERICA
   JUST A FEW MINUTES PREVIOUS.   ERICA SAID: "I only HAVE $24.00,
20 LLOYD LONDON STATED THAT HE AND ERICA COULD SHARE
21 THE FAMILY BIBLE AND IT WOULD NOT COST ERICA ANY
22 MONEY. LLOYD STATED IT WOULD BE 50/50, HALF
23 ERICA(S) AND HALF LLOYD(S);
24
25
26
27
28        (11)
29
30            ( TWO OF THREE )
31
VE: 32

Line: 1  # FRUIT OF THE POISNOUS TREE

2  PROMPTED AND THREATENED WITH JAIL - PRISON BY SGT GOODRICH
AND PAROLE OFFICER MS. JUANITA CHAPMAN- WILL HAVE ERICA PRO-
BATION REVOLKED BY PROBATION OFFICER - MUST HAVE NO CONTACT WITH
LLOYD LONDON

4  THE RETALIATION BY ERICA ALDAMA BECAUSE OF CIVIL LITIGATION,

5  SUGGESTED BY OFFICER HUBNER AT THE ROCKDALE POLICE STATION ON OR
ABOUT JULY 20, 2017. SERVED BY POSTAL EMPLOYEE, AND ERICA SIGNING FOR

Line: 6  REFUSAL CARD FOR A POSTAL EMPLOYEE / THEN ERICA COMPLAINED

7  OF A SIMPLE ASSAULT / SGT. GOODRICH, WHO HAD BEEN KEEPING
ERICA AND LLOYD UNDER SURVEILANCE  (STALKING ERICA ALDAMA)

8  DECIDED TO ENHANCE THE SIMPLE ASSAULT TO ATTEMPTED KIDNAPPING

9  WITH TIME LINE  OUT OF THIS WORLD / AND TAINTED
ALLEGED CRIME SCENE, UNTAPED, UNSECURED FOR SEVERAL HOURS PERHAPS

10  A DAY OR TWO (NOT GOOD POLICE WORK),

Line: 11  # PROBABLE CAUSE

12  SHOULD NOT BE FOUND, SHOULD BE DISALLOWED

13

14  ## NO INDICTMENT SHOULD GO FORWARD

15

16  ## JUDGE YOUNGBLOOD

17  ## CIRCUIT COURT OF MILAM COUNTY

18

19  ## NOTICE AND PROOF OF SERVICE

20  PLEASE TAKE NOTICE THAT ON August 17, 2017 I DID PLACE
IN THE UNITED STATES MAIL BY PLACING IN THE HANDS OF THE SERVER

21  ADDRESSED TO: (1) STATES ATTORNEY 306 CALHOUN - APT # 10
ROCKDALE, TEXAS

22  (3) CLERK MS. BERRY OF THE CIRCUIT

23  COURT 102 SOUTH FANNIN CAMERON, TEXAS 76520.

24  THE ORIGINAL & COPIES ENCLOSED. PLEASE STAMP/

25  FILE AND RETURN ONE STAMP/FILED COPY TO

26  LLOYD LONDON SO# 3107 512 NORTH JEFFERSON

27  CAMERON TEXAS 76520

28  Lloyd London

29  Lloyd London

30

31  (THREE OF THREE)

Line: 32

IN THE CIVIL AND OR CRIMINAL LITIGATION COURT OF
MILAM COUNTY IN THE UNITED STATES OF AMERICA
CAMERON, TEXAS

2  LLoyd LONDON PROSE
   PLAINTIFF PETITIONER
                                    CASE NO
                                    # 12
3        VS.
                                    THE HONORABLE
4  ERICA AldAMA
   DEFENDANT    PROSE

5  PROBABLE CAUSE and GRAND JURY INDICTMENT

6  Flawed FOR THE PAST TWO Hundred SEVENTEEN YEARS

7  BECAUSE EQUAL PROTECTION And DUE PROCESS And DUE

8  PROCESS ARE NOT IN THE PLAY

9  THE INJUSTICE OF ERICA AldAMA & LLoyd London.

10  IS EQUAL TO CRUEL And UNSUAL PUNISHMENT-VIOLATION(S) OF 8TH Amend.

11  EQUAL PROTECTION, 5TH And 14TH Amendment of THE UNITED STATES CONST.
    NON COMES THE PLAINTIFF PETITIONER LLoyd London PROSE BEFORE THIS

12  HONORABLE COURT And    SEEK(S) EQUAL PROTECTION(S) OF BOTH PARTIES!

13        ERICA AldAMA And LLoyd London

14  1. LLoyd London And ERICA AldAMA WERE ENGAGED TO BE MARRIED ON
15  July 07, 2017.  However, BECAUSE London IS ON PAROLE And ERICA
    AldAMA IS ON PROBATION (PROBATION)

16  2. THREE (3) people have decided: THAT AN ENGAGEMENT SHOULD NOT OCCUR
17  And THAT LLoyd London SHould BE SENT TO PRISON TO KEEP THIS FROM
18  OCCURING;

18  3. LLoyd London WAS ARRESTED An ACCUSED (CHARGED) WITH Simple ASSAULT.
19  SGT. GoodRICH DECIDED THAT THE CHARGE SHOULD BE ENHANCED TO
20  KidNAPPING.

20  4. THE THREE (3) people ARE TOM WRIGHT (MANAGER) COMFORT/QUALITY
21  INN) ROCKdALE.  SGT. GoodRICH  POLICE ROCKdALE.  MS.
22  JUANITA CHAMPION (PAROLE OFFICER).

22  5. ERICA AldAMA, HAS BEEN THREATENED BY MS. JUANITA CHAMPION
23  And SGT. GoodRICH & MS. WRIGHT, NOT TO HAVE ANY CONTACT
24  WITH LLoyd London, OR HER PROBATION WILL BE REVOKED,
    WHICH means ERICA AldAMA WILL BE SENT TO PRISON, IF SHE has
25  ANY CONTACT WITH LLoyd London;

( 1 OF 2)

**6. ERICA ALDAMA UNDER EXTREME DURESS**

1  MADE CLAIM OF SIMPLE ASSAULT AGAINST Lloyd London IN A
   OF DESPARATION — NOT TO BE SENT TO PRISON, MADE A CLAIM
2  OF SIMPLE ASSAULT;

3  **7. THIS OCCURED BECAUSE THEIR IS NOT A:**
4                    CHECK POINT TO STOP THE FALSE ACCUSER(S);
       A. TINA WRIGHT      C. JUANITA CHAMALON
5      B. SGT. GOODRICH

6  **8.** IN THE EVENT Lloyd London IS Found TO BE NOT GUILTY. THE
7     Record WILL REFLECT THAT Lloyd London WAS CHARGED WITH
8     Kiddnaping;

9  **9.** MY PRAYER IS THAT TWO HUNDRED SEVENTEEN YEARS TO
      THESE INCIDENT(S) OF INJUSTICE(S) BE LEFT UN Addressed
10    THAT EQUAL protection And DUE PROCESS SHOULD And
11    MUST PREVAIL.

12    **IT IS TIME TO STOP THE**
13    **INDICTMENT OF A HAM**
14    **SANDWHICH**

15  THE PROBABLE CAUSE; Indictment of Lloyd London MUST NOT
     PREVAIL. MUST BE STRUCKEN FROM THE Record IN THE
16   YEAR OF OUR LORD And SAVIOR 2017.

17    **NOTICE AND PROOF OF SERVICE**

18  PLEASE TAKE NOTICE THAT ON AUGUST 21ST, 2017. I did
19  PLACE IN THE UNITED STATED MAIL By PLACING IN THE Hands OF THE
    SHERIFF Addressed TO: STATES ATTORNEY, 204 CENTRAL, CAMERON,
20  TELAS 76520. CLERK OF THE CIRCUIT COURT MS. BERRY, 102 S. MAIN
    AVE CAMERON, TELAS 76520. ERICA ALDAMA PRO SE, 306 APT #10
21  ROCKDALE, TELAS. PLEASE STAMP FILE ONE COPY And Return TO Lloyd
22  London 512. JEFFERSON ST. CAMERON, TELAS 76520.

23
2A                                      Lloyd London
25                                      Lloyd London

              (2 OF 2)

# AFFIDAVIT

EXIBIT A

ON OR ABOUT AUGUST 9th, 2017 SUSAN LONG GAVE TO ME, HELEN HENSON, A BOX OF ITEMS FROM ERICA ALDAMA THAT INCLUDED A RING WHICH LLOYD LONDON HAD TOLD ME PREVIOUSLY WAS AN ENGAGEMENT RING, SIZE 6, STERLING SILVER, THAT HE HAD GIVEN TO ERICA ALDAMA ON July 7th, 2017

HELEN   HENSON

Helen Henson

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th DAY

OF SEPTEMBER 2017

Brandy Krmavsky
NOTARY PUBLIC

MY COMMISSION EXPIRES

Hand Written Copy

IN THE CIRCUIT COURT OF MILAM COUNTY
STATE OF TEXAS

LLOYD LONDON PRO SE
         PETITIONER

        VS.

STATES ATTORNEY "ET. AL"
         PLAINTIFF

MR. PRICE    STATE BAR NO. 240 95 940

20th
District
Court

THE HONORABLE JUDGE
JOHN YOUNGBLOOD
CASE NO. CV 38. 369

## AMENDED NOTICE OF APPEAL

FROM FINAL PROTECTIVE ORDER DATE FILED OCTOBER 20, 2017        6:17-CV-247
ISSUES RAISED ON APPEAL

1. DEMAND (IN CV 38, 369 ENTRY OF EVIDENCE) FOR A JURY TRIAL;
2. ERICA AIDEMA HAS STOCKHOLM SYNDROME, CAUSE BY EXTREME MENTAL, EMOTIONALLY (TERRORIZED), BY SGT. GOODRICH, TINA WRIGHT, JUANITA CHAMPION, STATES ATTORNEY, AND BRIAN PRICE.
3. STALKING;
4. FAMILY VIOLENCE
5. DOCKET ENTRY SHOUT: SEX OFFENDER = NIGGER, A FOURTH CLASS CITIZEN

        NOW COMES THE PETITIONER LLOYD LONDON PRO SE IN FORMA PAUPERIS SEEKING TO PROCEED WITH APPLICATION AND REQUESTING A ENTERLOCUTORY ORDER (IN JUSTICE STAY) IN CR 25,667 AND CR 25,668. THE PETITIONER HAS BEEN PREJUDICED BY A NOTATION IN THE DOCKET ENTRY SHEET (SEX OFFENDER) WHICH SURPASSES BEING CALLED A NIGGER, A FOURTH CLASS CITIZEN, THEREFORE, ANYTHING ALLEGED AGAINST LLOYD LONDON MUST BE TRUE, MUCH MORE SEVERE THAN THE SCARLET LETTER. THE PETITIONER SHOULD BE HELD TO A LESS STRINGENT STANDARD THAN ATTORNEY'S, HAINES V. KERNER _____ _____
REQUESTING A SAY IN THE CRIMINAL MATTER(S) UNTIL AN APPEAL HAS BEEN PERFECTED AND A DECISION HAS BEEN RENDERED UNTO THIS COURT BY INTERMEDIATE, APPELLATE COURT, OR THE UNITED STATES SUPREME COURT IN WASHINGTON, D.C. 1 FIRST ST. N.E 20543

## FOR INDIGENT

    IN FORMA PAUPERIS APPLICATION, THIS AFFIDAVIT CONSTITUTES FULL PAYMENT OF FEE'S. I AM UNABLE TO PAY COSTS OF THESE PROCEDURES AND I BELIEVE I AM ENTITLED TO THE RELIEF SOUGHT IN THE COMPLAINT, PETITION, MOTION, OR APPEAL ETC. FUNDING ESSENTIAL TO EFFECTUATE COMPULSARY PROCESS. U.S V. TOMISON 969 F. SUPP. 587 (1997), U.S V. BOCKFORD 964. F. SUPP. 1010 E.d. VA. (1987) MOTION FOR COST AFFIDAVIT 52: 4.

(1 OF 2)

# ORDER

I HEREBY GRANT A STAY IN CR 25,667 AND CR. 25,668
AND CERTIFY INTERLOCUTORY APPEAL ON SAID FIVE (5) ISSUES
BEFORE THIS COURT. BEFORE THIS COURT TO THE UNITED
STATES SUPREME COURT IN WASHINGTON D.C.

1    FIRST ST NE 20543
     DATED:

---

20TH DISTRICT COURT OF MILAM COUNTY,                    JOHN W. YOUNGBLOOD

STATE OF TEXAS, THE Honorable Judge Presiding:

TIME FOR FILING 13.3 FILING IN THE SUPREME COURT MEANS THE ACTUAL RECEIPT OF
DOCUMENTS BY THE CLERK; OR THEIR DEPOSIT IN THE UNITED STATES MAIL, FIRST-CLASS
POSTAGE PREPAID, ON OR BEFORE THE FINAL DATE ALLOWED FOR FILING:

### NOTICE AND PROOF OF SERVICE

PLEASE TAKE NOTICE THAT PETITIONER LLOYD LONDON PRO SE FILED A NOTICE OF APPEAL BY
PLACING IN THE UNITED STATES MAIL, WITH POSTAGE PREPAID FIRST-CLASS BY PLACING IN
THE HANDS OF SHERIFF GREENE OR HIS AGENTS ON 22 DAY OF NOVEMBER, 2017. AND
DIRECTED TO: ① KAREN BERRY, CLERK OF DISTRICT COURT 102 S. FANNIN SUITE 5 CAMERON,
TEXAS 76520. ② STATE ATTORNEY 204 NORTH CENTRAL AVENUE CAMERON, TEXAS 76520
③ JUDGE JOHN W. YOUNGBLOOD 102 S. FANNIN SUITE 4 CAMERON, TEXAS 76520
④ CLERK OF THE COURT, UNITED STATES DISTRICT COURT. 800 FRANKLIN AVE. ROOM 380
WACO, TEXAS 76701. I DECLARE UNDER THE PENALTY OF PERJURY THIS IS THE TRUTH TO
THE BEST OF MY KNOWLEDGE AND BELIEF.    DATED: NOVEMBER 22, 2017

---

KAREN BERRY, DISTRICT CLERK                          LLOYD LONDON PRO SE
102 SOUTH FANNIN, SUITE 5
CAMERON, TEXAS, MILAM COUNTY TEXAS          BY                    DEPUTY

---

### OFFICERS RETURN

CAME TO HAND ON THE ____ DAY OF ____ 20 ___ AT ____ O'CLOCK ___ M AND EXECUTED
ON THE ____ DAY OF ____ 20 ___ AT ___ O'CLOCK ___ M    BY _____ DELIVERING TO
WITHIN THE NAMED _____ THE ACCOMPANYING PETITION (ERICA ALDAMA HAS STOCKHOLM
SYNDROME CAUSED BY EXTREME MENTAL EMOTIONAL (TERRORIZED), BY SGT. GOODRICH, TINA WRIGHT,
JUANITA CHAMPION, STATES ATTORNEY, AND MR. PRICE

SHERIFF GREENE
                                                      COUNTY OF TEXAS

                                                      DEPUTY

(2 OF 2)

NOVEMBER 22, 2017 WEDNESDAY

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
800 FRANKLIN AVENUE. ROOM 380
WACO, TEXAS 76701

REGARDS:

AMENDED NOTICE OF APPEAL
IN CV 38,369 AT THE
TRIAL COURT
OF JOHN W. YoungBlood

DEAR CLERK!

WILL YOU PLEASE STAMP/FILE AND RETURN A COPY TO:

Lloyd London Pro Se
So. No. 31107
C/o Milam County Jail
512 N. JEFFERSON
CAMERON, TX 76520

*HOLd MONETARY CLAMDAGES IN ABEYANCE UNTIL COMPLAINT ISSUES Resolved*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*SEE ATTACHMENT (E) CONSIST OF PAGE(S)*

**V.** Relief: *Hold MONETARY damages OUT IN ABEYANCE UNTIL THE End OF Complaint Resolved*

*VI. RELIEF; MONETARY dAMAGES; HOLD IN ABEYANCE UNTIL A LATER DATE*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Credit months for my Extending on the Trial pro*

1. *REMOVE THE PUBLIC DEFENDER, SO PLAINTIFF CAN BE PRO SE IN CV 38,369, CR25,667, CR25,668 ETC.*
2. *RESTORE PLAINTIFF LEGAL MATERIAL, DOCUMENTS SO THAT PLAINTIFF ~~LEGAL MATERIAL, DOCUMENTS ETC. THAT~~ CAN PREPARE FOR A JURY TRIAL, STOLEN Dec. 29, 2017*
3. *PROVIDE A SPECIAL MONITOR TO SELECT JURY POOLE, THAT HAS NOT AND CANNOT BE TAINTED BY THE DISTRICT ATTORNEY AND*

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this *25TH* day of *MARCH*, 20 *18*

*Floyd London*

_____

(Signature of plaintiff or plaintiffs)

*Lloyd London    Floyd London*

(Print name)

*Lloyd London*

(I.D. Number)

*SO # 31107*
*C/O MILANO COUNTY JAIL*
*572 N. JEFFERSON*
*~~CAMERON, TX 76520~~*

_____

(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ATTACHMENT (E) CONSIST OF

V. RELIEF, CONTINUED FROM PAGE 6) OF COMPLAINT

ALLOW ALL PETITION(S) MOTION(S) MAILED TO
FEDERAL COURT IN W-17 CA-247-RP THAT DID
NOT ARRIVE BEFORE THE DISMISSAL DATE OF NOVEMBER

V. 4. 27, 2017 BE THE SAME AS BEING FILED IN

THE CURRENT COMPLAINT

(BECAUSE SAID PETITION(S) MOTION(S) COMPLAINT(S) WERE
DELAYED BY IRREGULAR HANDLING OF LEGAL MAIL
DELAY(S) OF MAILING AND THEFT OF LEGAL MAIL
IN BOUND AND OUTBOUND OR THEFT OF MAIL
AFTER DELIVERY OF MAIL THEFT BY OFFICER
CHEATHAM AND OFFICER JERRY
NORTON AND DEPUTY/CAPTAIN BLANKEMIER # 2133/2180.

V. 5. A SPECIAL MONITOR IN THE COURT ROOM DURING
TRIAL IN CR 25, 667, CR 25, 668, CV 38, 369
AND ANY TRIAL(S) OR CASE NUMBER(S) THE
DISTRICT ATTORNEY MAY ALLEGE OR START A NEW

V. 6 PLAINTIFF REQUEST TO BE TAKEN BEFORE THE DISTRIA AT WACO
SET A REASONABLE BOND, NO FLIGHT RISK, NEVER RESISTED ARREST
IN PERSONAL APPEARANCE EQUAL, MY WORD I WILL SHOW UP.
PLAINTIFF LLOYD LONDON REQUEST THE COURT
TO ISSUE A ORDER TO MILAM COUNTY SHERIFF,
TO ALLOW PLAINTIFF LLOYD LONDON TO BE
HOUSED AT THE MILAM COUNTY JAIL, IN
SEGREGATION TO BE UNCUMBERED BY JAIL HOUSE
INFORMANT(S) PLACED IN REGULAR HOUSING / AND
OR CURRENT HOUSING CHARLES II REQUESTED TO BE
HOUSED DIRECTLY ACCROSS FROM CHARLES II
(ISSUE) A RESTRAINING ORDER SO THAT PLAINTIFF
CAN HAVE ADEQUATE HOT AND COLD WATER FOR
SHOWER(S) AND RESTRAIN CUSTODIAN FROM FREEZING
WITH A/C OR EXTREME HEAT WITH A/C.
(1 OF 4)

CONTINUATION OF ATTACHMENT (E)

## V. RELIEF CONTINUED

**V. 7.** RESTRAIN THE CUSTODIAN, SHERIFF GREENE AND ANY SUCCESSOR FROM STEALING ANY MORE DOCUMENTS, LEGAL BOOKS ETC. ALLOW PLAINTIFF TO ORDER AND RECIEVE WHATEVER LEGAL BOOK MAY BE NEEDED TO PREPARE FOR A JURY TRIAL IN CR25,667 AND 25,668

**V. 8.** PLAINTIFF PETITIONER HAS A BLUE WARRANT PLACED AGAINST WHICH PLAINTIFF CAN NOT BOND OUT TO MAKE PROPER PREPARATION TO FOR A JURY TRIAL

**A.** BLUE WARRANT SHOULD LIFT IN JUNE OR JULY 2018

**B.** TRIAL JUDGE JOHN W. YOUNG BLOOD IS IN COLUSION WITH SGT. NOW PROMOTED TO LT. GOODRICH. GOODRICH IS THE ONE THAT FILED FALSE POLICE REPORTS AND GOT MY PAROLE OFFICER JUANITA CHAMPION TO THREATEN, MY FIANCEE / WIFE ERICA ALDAMA; THAT HE GOODRICH WOULD HAVE ERICA'S PROBATION REVOKED THEREFORE SHE ERICA WOULD GO TO PRISON. SGT - LT GOODRICH THEN FORCED ERICA ALDAMA TO MAKE A AFFIDAVIT AGAINST PLAINTIFF Lloyd London. SG. GOODRICH HAS A FIRST COUSIN NAME: CHARLES NATHAN ARBUCKLE. JUDGE YOUNG BLOOD SENTENCED ARBUCKLE TWO (2) YEARS FOR MOLESTING A CHILD. LISTED IN THE ROCKDALE REPORTER MARCH 01, 2018 THURSDAY

**C** BOND REDUCTION PLAINTIFF HAS NEVER RESISTED ARREST NOT A FLIGHT RISK. PLAINTIFF REQUEST THIS COURT TO BRING THE BODY BEFORE THE COURT SO PLAINTIFF MAY HAVE BOND REDUCED A PR PERSONAL R OR SOMETHING REASONABLE

(2 OF 4)

# CONTINUATION OF ATTACHMENT (E)

**V. 9** ISSUE A ORDER TO THE TRIAL COURT JOHN
W. YOUNGBLOOD OVER HIS RULING ON OR ABOUT
OCTOBER 18, 2017 IN CV 38,369 OVER TURN AND
PROVIDE A JURY TRIAL WITH A SPECIAL MONITOR TO
SELECT A JURY POOL PROVIDE ADEQUATE MONEY SO THAT
PLAINTIFF CAN RETAIN THE BEST EXPERT(S) NEEDED FOR TRIAL

FINAL PROTECTIVE ORDER
DATE FILED: OCTOBER 20, 2017
DATE SIGNED: OCTOBER 20, 2017

**V. 10.** COMUTATION OF SENTENCE: ISSUE ORDER TO
JOHN W. YOUNGBLOOD FOR THE BELOW
1. NATHAN CHARLES ARBUCKLE

2. dismiss CHARGES AGAINST PLAINTIFF Liquid
London

**V 11** PROVIDE SPECIAL MONITOR(S) TO SELECT JURY POOL:
FOR CV 38,369, CR 25,667, AND CR 25,668
EXPERTS FOR ALL JURY TRIAL(S) PROVIDE
MONEY TO RETAIN THE BEST EXPERTS   MONEY
TO PAY FOR THE TRANSPORTATION OF EXPERTS
AND WITNESS(ES) IN STATE OR OUT OF STATE
PROVIDE ADEQUATE MONEY FOR PHOTO COPIES
LEGAL BOOK(S) LEGAL SUPPLIES ALL TRIAL(S) ETC.

**V 12.** TAKE OVER APPEAL IN CV 38,369 FROM OCTOBER 18, 2017.
JUDGE JOHN W. YOUNGBLOOD
PLAINTIFF IN OPEN COURT DEMANDED A JURY TRIAL (6) SIX TIMES OFFENED
(6) SIX TIMES JUDGE DENIED

(3 OF 4)

V. 13    REMOVE THE PUBLIC defender

THIS IS PART OF SCHEME TO commit FRAUD
AGAINST THE ACCUSED WHO may BE INNOCENT
AND AGAINST TAX payers OF MILAM COUNTY,
STATE TAX payers AND FEDERAL TAX PAYERS
OTHER ACTORS: JUDGE YOUNG BLOOD, KAREN BERRY,
CLERK, MAJISTRATE BERRY, SHERIFF DAVID GREENE,
DISTRICT ATTORNEY BRIAN PRICE, W.W. TORRY,
CHIEF OF POLICE Thomas HARRIS, SGT. LT.
STEPHEN GOODRICH MILAM COUNTY, STATE AND
FEDERAL TAX dollars
        MUST KEEP THE CASH COW ( FOR PROFIT JAIL)
FULL TO provide TAX dollars LOST FROM ALCOA,
POWER PLANT, (LUMINA), AND Employee(s) OF
ALCOA, POWER PLANT (LUMINA) AND Employee(s)
That dig THE COAL OUT OF THE GROUND AND
HAULED TO LUMINA POWER PLANT TO FIRE THE
BOILER(S) TO produce GENERATE ELECTRICITY
SO THE PLANT CAN SEPERATE THE ORE FROM
THE SOIL TO A INGOT OF ALUMINUM

VI.    MONETARY damages PUNITIVE AND REAL damages
SHOULD BE HELD IN ABEYANCE UNTIL THE REST OF COMPLAINT
IS RESOLVED

( 4 OF 4 )